# Exhibit A

```
Type of Work:      Visual Material

Registration Number / Date:
                   VA0002111243 / 2018-03-11

Application Title: Chinoiserie.

Title:             Chinoiserie.

Description:       Electronic file (eService)

Copyright Claimant:
                   New Ravenna Acquisition, LLC.

Date of Creation:  2013

Date of Publication:
                   2014-04-29

Nation of First Publication:
                   United States

Authorship on Application:
                   New Ravenna Acquisition, LLC, employer for hire; Domicile:
                      United States. Authorship: 2-D artwork.

Rights and Permissions:
                   William Rueger Poynter, Kaleo Legal, 4456 Corporation Lane,
                      Ste 135, Virginia Beach, VA, 23462, United States, (757)
                      238-6383, wpoynter@kaleolegal.com

Names:             New Ravenna Acquisition, LLC

================================================================================
```

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-111-244**
Effective Date of Registration:
March 11, 2018

## Title

|  |  |
|---|---|
| Title of Work: | Chinoiserie |

## Completion/Publication

|  |  |
|---|---|
| Year of Completion: | 2013 |
| Date of 1st Publication: | April 29, 2014 |
| Nation of 1st Publication: | United States |

## Author

|  |  |
|---|---|
| • Author: | New Ravenna Acquisition, LLC |
| Author Created: | 2-D artwork |
| Work made for hire: | Yes |
| Domiciled in: | United States |

## Copyright Claimant

|  |  |
|---|---|
| Copyright Claimant: | New Ravenna Acquisition, LLC |
|  | PO Box 1000, 3268 Broad Street, Exmore, VA, 23350, United States |

## Rights and Permissions

|  |  |
|---|---|
| Organization Name: | Kaleo Legal |
| Name: | William Rueger Poynter |
| Email: | wpoynter@kaleolegal.com |
| Telephone: | (757)238-6383 |
| Address: | 4456 Corporation Lane |
|  | Ste 135 |
|  | Virginia Beach, VA 23462 United States |

## Certification

Page 1 of 2

**Name:** Richard Walters, CEO, New Ravenna Acquisition, LLC
**Date:** March 11, 2018

```
Type of Work:        Visual Material

Registration Number / Date:
                     VA0002111246 / 2018-03-11

Application Title: Chinoiserie.

Title:               Chinoiserie.

Description:         Electronic file (eService)

Copyright Claimant:
                     New Ravenna Acquisition, LLC.

Date of Creation:    2013

Date of Publication:
                     2014-04-29

Nation of First Publication:
                     United States

Authorship on Application:
                     New Ravenna Acquisition, LLC, employer for hire; Domicile:
                        United States. Authorship: 2-D artwork.

Rights and Permissions:
                     William Rueger Poynter, Kaleo Legal, 4456 Corporation Lane,
                        Ste 135, Virginia Beach, VA, 23462, United States, (757)
                        238-6383, wpoynter@kaleolegal.com

Names:               New Ravenna Acquisition, LLC

================================================================================
```