# Exhibit B

Registration #:  VA0002164004
Service Request #:  1-7890543241



Kaleo Legal
William Rueger Poynter
4456 Corporation LN,
Ste 135
Virginia Beach, VA 23462 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**

**VA 2-164-004**

**Effective Date of Registration:**
July 18, 2019



## Title
        Title of Work:  Reina

## Completion/Publication
    Year of Completion:  2013
  Date of 1st Publication:  April 29, 2013
Nation of 1st Publication:  United States

## Author
    •       Author:  Paul Schatz
    Author Created:  2-D artwork
  Work made for hire:  No
        Citizen of:  United States
        Year Born:  1946

## Copyright Claimant
  Copyright Claimant:  New Ravenna, LLC
                           PO Box 1000, 3268 Broad Street, Exmore, VA, 23350, United States
   Transfer statement:  By written agreement

## Rights and Permissions
   Organization Name:  Kaleo Legal
              Email:  wpoynter@kaleolegal.com
        Telephone:  (757)238-6383
   Alt. Telephone:  (757)679-3503
            Address:  4456 Corporation LN
                           Ste 135
                           Virginia Beach, VA 23462 United States

## Certification