# Exhibit C

```
Type of Work:        Visual Material

Registration Number / Date:
                     VA0002085265 / 2017-04-19

Application Title: Avila.

Title:               Avila.

Description:         Electronic file (eService)

Copyright Claimant:
                     New Ravenna, Inc.

Date of Creation:  2013

Date of Publication:
                     2013-08-21

Nation of First Publication:
                     United States

Authorship on Application:
                     New Ravenna, Inc., employer for hire; Domicile: United
                        States. Authorship: 2-D artwork.

Rights and Permissions:
                     William Rueger Poynter, Kaleo Legal, 4456 Corporation Lane,
                        Suite 135, Virginia Beach, VA, 23462, United States,
                        (757) 238-6383, wpoynter@kaleolegal.com

Names:               New Ravenna, Inc.

================================================================================
```