# Exhibit D

```
Type of Work:      Visual Material

Registration Number / Date:
                   VA0002321514 / 2022-09-12

Application Title: Amaranth.

Title:             Amaranth.

Description:       Electronic file (eService)

Copyright Claimant:
                   New Ravenna, LLC.

Date of Creation:  2022

Date of Publication:
                   2022-04-14

Nation of First Publication:
                   United States

Authorship on Application:
                   New Ravenna, LLC, employer for hire; Domicile: United
                      States. Authorship: 2-D artwork.

Rights and Permissions:
                   William R. Poynter, Kaleo Legal, 4456 Corporation Ln,
                      Suite135, Virginia Beach, VA, 23462, United States,
                      (757) 679-3503, wpoynter@kaleolegal.com

Names:             New Ravenna, LLC

===============================================================================
```