# Exhibit E



| **William R. Poynter** | **Tina Bingham** | **Brian Wainger** |
| --- | --- | --- |
| Office 757.238.6383 | Office 757.963.7261 | Office 757.965.6804 |
| Fax   757.304.6175 | Fax   757.304.6175 | Fax 757.304.6175 |
| wpoynter@kaleolegal.com | tbingham@kaleolegal.com | bwainger@kaleolegal.com |

May 12, 2015

**VIA OVERNIGHT MAIL**

MOZAICO
1591 Lighthouse Drive
Naperville, Illinois, 60565

**Re: Trademark and Copyright Infringement**

Dear Sir:

This firm represents New Ravenna Mosaics, which is America's premier designer and manufacturer of stone and glass mosaic tiles for both residential and commercial installations. New Ravenna Mosaics are sold through nearly 200 exclusive designer showrooms across the country and internationally, and the company provides design services along with on-site supervision of installations. New Ravenna Mosaics have been featured in national architectural and interior design magazines and are found in homes, restaurants, hotels, casinos and businesses around the world.

New Ravenna is the exclusive owner of all copyrights and other intellectual property rights in the mosaic tile designs and marks that appear on the New Ravenna website at www.newravenna.com ("New Ravenna Designs"). As a result of New Ravenna's exclusive and widespread advertising, use and promotion over more than twenty years, the New Ravenna Designs are widely recognized by consumers as a designation of New Ravenna's goods and services, and New Ravenna has developed extensive goodwill in its New Ravenna Designs.

It has come to our attention that you are offering mosaic tile designs that are identical and/or substantially similar to many of the New Ravenna Designs. Below is a complete list of those designs with the New Ravenna Design name on the left and your reference number on the right:

| | |
| --- | --- |
| Climbing Vine | MP 189 |
| Climbing Vine | MP 189A |
| Climbing Vine | MP 189B |
| Waterworks Parramore Ringlet | MG288 |
| Waterworks Parramore Razmatazz | MG287 |
| Oasis | MP023 |
| Paul Schatz Avila | MP024 |
| Erin Adams Forks,Knives,Spoons | MP025 |
| Tamara | MP027 |
| Erin Adams Bottles | MP028 |
| Edie | MP029 |

---

**4456 Corporation Lane, Suite 135 · Virginia Beach, VA 23462 · www.kaleolegal.com**

May 12, 2015
Mozaico
Page 2

| | |
|---|---|
| Paul Schatz Reina | MP030 |
| Waterworks Parramore Oval Overlay | MSA305 |
| Waterworks Parramore Razmatazz | MSA308 |
| Paisley Vine | MG324 |

Because you do not have permission from New Ravenna, your use of the New Ravenna Designs constitutes copyright infringement under The Copyright Act, 17 USC § 101 et al., and potentially trade dress infringement and unfair competition under the Lanham Act, 15 USC § 1125, as well. As a result of this conduct, New Ravenna is entitled to preliminary and permanent injunctive relief against your continued use of the New Ravenna Designs, in addition to recovering its damages and costs, and potentially trebled damages and attorney fees.

We therefore demand that you immediately cease all uses of the New Ravenna Designs, and any other New Ravenna designs or intellectual property, within seven days of receipt of this letter, and confirm in writing that you have done so, including the removal of all references to New Ravenna or its designs from all advertising, promotional materials, in store displays, and websites. We also demand that you confirm your agreement in writing never to use the New Ravenna Designs, trade dress, trademarks, or other intellectual property by signing below. If we do not receive written confirmation within seven days, we will advise our client to pursue all legal remedies available to it.

New Ravenna appreciates your respect for its intellectual property. Please contact me as soon as possible to discuss resolution of this matter. I look forward to hearing from you.

Very truly yours,

William R. Poynter

SEEN AND AGREED:

_____
Mozaico


cc: New Ravenna Mosaics
    Brian A. Wainger, Esq.
    Tina P. Bingham, Esq.