# Exhibit G



William R. Poynter, Esq.
757-238-6383
wpoynter@kaleolegal.com

January 16, 2018

**VIA OVERNIGHT MAIL**

MOZAICO
1591 Lighthouse Drive
Naperville, Illinois, 60565

**Re: Willful Trademark and Copyright Infringement**

Dear Sir:

This firm represents New Ravenna Mosaics, which is America's premier designer and manufacturer of stone and glass mosaic tiles for both residential and commercial installations. New Ravenna Mosaics are sold through nearly 200 exclusive designer showrooms across the country and internationally, and the company provides design services along with on-site supervision of installations. New Ravenna Mosaics have been featured in national architectural and interior design magazines and are found in homes, restaurants, hotels, casinos and businesses around the world.

New Ravenna is the exclusive owner of all copyrights and other intellectual property rights in the mosaic tile designs and marks that appear on the New Ravenna website at www.newravenna.com ("New Ravenna Designs"). As a result of New Ravenna's exclusive and widespread advertising, use and promotion over more than twenty years, the New Ravenna Designs are widely recognized by consumers as a designation of New Ravenna's goods and services, and New Ravenna has developed extensive goodwill in its New Ravenna Designs.

New Ravenna has previously informed you of your infringement of several of its copyrighted designs, by letter dated May 12, 2015, which was returned signed and acknowledged by your company (a copy of which is enclosed as Exhibit B). Unfortunately, it has again come to our attention that you are offering a multitude of mosaic tile designs that are identical and/or substantially similar to many of the New Ravenna Designs. Attached hereto as Exhibity A is a complete list of those designs together with the online locations where each can be found.

Because you do not have permission from New Ravenna, your use of the New Ravenna Designs set forth on Exhibit A constitutes copyright infringement under The Copyright Act, 17 USC § 101 et al., and potentially trade dress infringement and unfair competition under the Lanham Act, 15 USC § 1125, as well. As a result of this conduct, New Ravenna is entitled to preliminary and permanent injunctive relief against your continued use of the New Ravenna Designs, in addition to recovering its damages and costs. What is more, because of the nature of the infringement, and the fact that Mozaico is now a serial and willful infringer of so many New Ravenna Designs, New Ravenna will be entitled to recover trebled damages and attorney fees in any lawsuit to enforce its rights.

We therefore demand that you immediately cease all uses of the New Ravenna Designs, and any other New Ravenna designs or intellectual property, within seven days of receipt of this letter, and confirm in writing that you have done so, including the removal of all references to New Ravenna or its designs from all advertising, promotional materials, in store displays, and websites. We also demand that you confirm your agreement in writing never to use the New Ravenna Designs, trade dress, trademarks, or other intellectual property by signing below. If we do not receive written confirmation within seven days, we will advise our client to pursue all legal remedies available to it.

New Ravenna appreciates your respect for its intellectual property. Please contact me as soon as possible to discuss resolution of this matter. I look forward to hearing from you.

Very truly yours,

William R. Poynter

SEEN AND AGREED:

______________________________
Mozaico

cc: New Ravenna Mosaics
William P. Dickinson, III, Esq.

EXHIBIT A

Products found at the following locations:
Mosaico website: www.mozaico.com
Mosaico Instagram: www.instagram.com/mozaico

| MOSAICO | NEW RAVENNA | PRODUCT INFO |
|---|---|---|
| | | Mozaico:<br>Blue Bird in Petal<br>MP026<br>Web:<br>https://www.mozaico.com/collections/birds-and-butterflies/products/mosaics-designs_birds-and-butterflies_mosaic-tile-art-blue-bird-in-petal_mp026<br>Instagram:<br>1. https://www.instagram.com/p/BR_h0wjgvaK/?taken-by=mozaico<br>2. https://www.instagram.com/p/BAgu5dwA6jX/?taken-by=mozaico<br>3. https://www.instagram.com/p/kq7aOag6g9/?taken-by=mozaico<br>4. https://www.instagram.com/p/Bc_qEMxFhpH/?taken-by=mozaico<br>New Ravenna: Chinoiserie<br>http://newravenna.photoshelter.com/image/I0000jvhiQHeqhj0 |
| | | Mozaico:<br>Birds and Florals<br>GA019<br>https://www.mozaico.com/collectio |



ns/birds-and-butterflies/products/mosaics-designs_birds-and-butterflies_mosaic-designs-birds-and-florals_ga019

New Ravenna: Chinoiserie
http://newravenna.photoshelter.com/image/I0000h3awkG5NZ9E

Mozaico:
Zilij Geometric Flower
MP199
Web:
https://www.mozaico.com/collections/patterns/products/mosaics-designs_patterns_zillij-geometric-flower-patterns-mosaic-stone-art_mp199
Instagram:
https://www.instagram.com/p/Bc5ZhDSFXjL/?taken-by=mozaico

New Ravenna: Granada
http://newravenna.photoshelter.com/image/I0000pgce3G3VET8

Mozaico:
Patterned Floral Mosaic Design
MG316
Web:
https://www.mozaico.com/collections/patterns/products/mosaics-designs_patterns_patterned-floral-

| | | |
|---|---|---|
|  | | design-on-marble-mosaic-tile-art_mg316<br>Instagram:<br>https://www.instagram.com/p/BY_ZbuxFUDk/?taken-by=mozaico |
| | | New Ravenna: Marabel<br>http://newravenna.photoshelter.com/image/I0000iMpiLC2gjIQ |
| | | Mozaico:<br>Stone Mosaic Design – Catch the Wave<br>MSA314<br>Web:<br>https://www.mozaico.com/collections/patterns/products/mosaics-designs_patterns_stone-mosaic-design-catch-the-wave_msa314<br>Instagram:<br>https://www.instagram.com/p/BbcrRsfl9cS/?taken-by=mozaico |
| | | New Ravenna: Mirage<br>http://newravenna.photoshelter.com/image/I0000HGnqcVO43Mk |
| | | Mozaico:<br>Peacock Feather Micro Mosaic<br>M1008<br>https://www.mozaico.com/collections/others/products/mosaics-designs_others_peacock-feather- |



micro-mosaic-stone-artwork-mural_mi008

New Ravenna: Peacock
http://newravenna.photoshelter.com/image/I0000kPbQ_5RPn4I

Mozaico:
Flower Mosaic Square – Nalia MG326
Web:
https://www.mozaico.com/collections/geometric/products/mosaics-designs_geometric_flower-mosaic-square-nalia_mg326
Instagram:

1. https://www.instagram.com/p/BQlu9FpASQu/?taken-by=mozaico
2. https://www.instagram.com/p/yY-r5hg6pe/?taken-by=mozaico

New Ravenna: Aurelia
http://newravenna.photoshelter.com/image/I00003GEoUX0LrKA

Mozaico:
Mosaic Designs – Moonchild MG341
Web:
https://www.mozaico.com/collectio



| | | |
|---|---|---|
| | | ns/geometric/products/mosaics-designs_geometric_mosaic-designs-moonchild_mg341<br>Instagram:<br>https://www.instagram.com/p/BPAv2akITBT/?taken-by=mozaico |
| | | New Ravenna: Perrault<br>http://newravenna.photoshelter.com/image/I0000bf7Gmm2zE6M |
| | | Mozaico:<br>Abstract Mosaic Art – Roman Floral<br>MP189<br>https://www.mozaico.com/collections/patterns/products/mosaics-designs_flowers-and-trees_abstract-mosaic-art-roman-floral_mp189 |
| | | New Ravenna: Climbing Vine<br>http://newravenna.photoshelter.com/image/I0000wvQlrxc93Do |
| | | Mozaico: Dragonflies<br>MB045<br>https://www.mozaico.com/collections/borders/products/mosaics-designs_borders_mosaic-patterns-dragonflies_mb045 |
| | | New Ravenna: Dragonflies border<br>http://newravenna.photoshelter.com/image/I0000woB9x.q2xJQ |
| | | Mozaico: Mosaic Designs – Bottles Pattern<br>MP028<br>https://www.mozaico.com/collections/patterns/products/mosaics-designs_patterns_mosaic-designs-bottles-pattern_mp028 |



New Ravenna: Bottles
http://newravenna.photoshelter.com/image/I0000Ln56lldfu9g

Mozaico:
MG324
https://www.mozaico.com/collections/patterns/products/mosaics-designs_patterns_paisley-floral-mosaic_mg324

New Ravenna: Paisley Vine
http://newravenna.photoshelter.com/image/I0000asoOF0XUzQQ

Mozaico: Mosaic Designs: Black Iznik
MP201
https://www.mozaico.com/collections/geometric/products/mosaics-



| | | |
|---|---|---|
| | | designs_geometric_mosaic-designs-black-iznik_mp201 |
| | | New Ravenna: Ann Sacks Beau Monde Montgomery http://newravenna.photoshelter.com/image/I0000.OCeEliwwgM |
| | | Mozaico: White Iznik MP200 https://www.mozaico.com/collections/geometric/products/mosaics-designs_geometric_mosaic-designs-white-iznik_mp200 |
| | | New Ravenna: Ann Sacks Beau Monde Coco http://newravenna.photoshelter.com/image/I0000oO82QFArCJQ |
| | | Mozaico: Mosaic Pattern: Bright Amaryllis MF459 https://www.mozaico.com/collections/flowers-and-trees/products/mosaics- |



| | | |
|---|---|---|
| | | designs_flowers-and-trees_mosaic-pattern-bright-amaryllis_mf459 |
| | | New Ravenna: Tamsin http://newravenna.photoshelter.com/image/I0000ycovrzWrSqo |
| | | Mozaico: Moroccan Floral Pattern Petal Design MP030 https://www.mozaico.com/collections/geometric/products/mosaics-designs_geometric_moroccan-floral-pattern-petal-mosaic-design_mp030 |
| | | New Ravenna: Reina http://newravenna.photoshelter.com/image/I00006CP6xEVWb10 |
| | | Mozaico: Pietra Dura Mosaic Wallpaper Modern Floral Pattern MP024 https://www.mozaico.com/collections/geometric/products/mosaics-designs_geometric_pietra-dura-mosaic-wallpaper-modern-floral-pattern_mp024 |
| | | New Ravenna: Avila http://newravenna.photoshelter.com/image/I0000odjdy_dveH4 |



| | | |
|---|---|---|
| | | Mozaico: Waves Petal Mosaic Design<br>MP023<br>https://www.mozaico.com/collections/geometric/products/mosaics-designs_geometric_waves-petal-mosaic-design_mp023 |
| | | New Ravenna: Oasis<br>http://newravenna.photoshelter.com/image/I0000h2SEaqqtf8Q |
| | | Mozaico: Floral Mosaic Black and White Wallpaper<br>MP027<br>https://www.mozaico.com/collections/geometric/products/mosaics-designs_geometric_floral-mosaic-black-and-white-wallpaper_mp027 |
| | | New Ravenna: Tamara<br>http://newravenna.photoshelter.com/image/I0000eRwIynM12cw |
| | | Mozaico: Geometric Mosaic Pattern – Orlandia<br>MG360<br>https://www.mozaico.com/collections/geometric/products/mosaics-designs_geometric_geometric-mosaic-pattern-orlandia_mg360 |



| | | |
|---|---|---|
| | | New Ravenna: Luxor<br>http://newravenna.photoshelter.com/image/I0000woBpOhcF4yo |
| | | Mozaico: Mosaic Square Accent – Florencia<br>MP215<br>https://www.mozaico.com/collections/geometric/products/mosaics-designs_geometric_mosaic-square-accent-florencia_mp215 |
| | | New Ravenna: Talya Rumi<br>http://newravenna.photoshelter.com/image/I00006vyxkZXHPLg |
| | | Mozaico: Floral Pattern Petal Tile Mural<br>MP029<br>Web:<br>https://www.mozaico.com/collections/geometric/products/mosaics-designs_geometric_floral-pattern-petal-tile-mural_mp029<br>Instagram:<br>https://www.instagram.com/p/pJMILNg6qb/?taken-by=mozaico |



New Ravenna: Edie
http://newravenna.photoshelter.com/image/I0000COI1XDhLma8

Mozaico: unnamed
Instagram:
https://www.instagram.com/p/mDP59eg6ik/?taken-by=mozaico

New Ravenna: Forks, Knives, Spoons
http://newravenna.photoshelter.com/image/I0000Vy.L3WUzC.8

EXHIBIT B



KALEOLEGAL

**William R. Poynter**
Office 757.238.6383
Fax 757.304.6175
wpoynter@kaleolegal.com

**Tina Bingham**
Office 757.963.7261
Fax 757.304.6175
tbingham@kaleolegal.com

**Brian Wainger**
Office 757.965.6804
Fax 757.304.6175
bwainger@kaleolegal.com

May 12, 2015

**VIA OVERNIGHT MAIL**

**MOZAICO**
1591 Lighthouse Drive
Naperville, Illinois, 60565

**Re: Trademark and Copyright Infringement**

Dear Sir:

This firm represents New Ravenna Mosaics, which is America's premier designer and manufacturer of stone and glass mosaic tiles for both residential and commercial installations. New Ravenna Mosaics are sold through nearly 200 exclusive designer showrooms across the country and internationally, and the company provides design services along with on-site supervision of installations. New Ravenna Mosaics have been featured in national architectural and interior design magazines and are found in homes, restaurants, hotels, casinos and businesses around the world.

New Ravenna is the exclusive owner of all copyrights and other intellectual property rights in the mosaic tile designs and marks that appear on the New Ravenna website at www.newravenna.com ("New Ravenna Designs"). As a result of New Ravenna's exclusive and widespread advertising, use and promotion over more than twenty years, the New Ravenna Designs are widely recognized by consumers as a designation of New Ravenna's goods and services, and New Ravenna has developed extensive goodwill in its New Ravenna Designs.

It has come to our attention that you are offering mosaic tile designs that are identical and/or substantially similar to many of the New Ravenna Designs. Below is a complete list of those designs with the New Ravenna Design name on the left and your reference number on the right:

| | |
|---|---|
| Climbing Vine | MP 189 |
| Climbing Vine | MP 189A |
| Climbing Vine | MP 189B |
| Waterworks Parramore Ringlet | MG288 |
| Waterworks Parramore Razmatazz | MG287 |
| Oasis | MP023 |
| Paul Schatz Avila | MP024 |
| Erin Adams Forks,Knives,Spoons | MP025 |
| Tamara | MP027 |
| Erin Adams Bottles | MP028 |
| Edie | MP029 |

| | |
|---|---|
| Paul Schatz Reina | MP030 |
| Waterworks Parramore Oval Overlay | MSA305 |
| Waterworks Parramore Razmatazz | MSA308 |
| Paisley Vine | MG324 |

Because you do not have permission from New Ravenna, your use of the New Ravenna Designs constitutes copyright infringement under The Copyright Act, 17 USC § 101 et al., and potentially trade dress infringement and unfair competition under the Lanham Act, 15 USC § 1125, as well. As a result of this conduct, New Ravenna is entitled to preliminary and permanent injunctive relief against your continued use of the New Ravenna Designs, in addition to recovering its damages and costs, and potentially trebled damages and attorney fees.

We therefore demand that you immediately cease all uses of the New Ravenna Designs, and any other New Ravenna designs or intellectual property, within seven days of receipt of this letter, and confirm in writing that you have done so, including the removal of all references to New Ravenna or its designs from all advertising, promotional materials, in store displays, and websites. We also demand that you confirm your agreement in writing never to use the New Ravenna Designs, trade dress, trademarks, or other intellectual property by signing below. If we do not receive written confirmation within seven days, *we* will advise our client to pursue all legal remedies available to it.

New Ravenna appreciates your respect for its intellectual property. Please contact me as soon as possible to discuss resolution of this matter. I look forward to hearing from you.

Very truly yours,

William R. Poynter

SEEN AND AGREED:

Mozaico

cc: New Ravenna Mosaics
Brian A. Wainger, Esq.
Tina P. Bingham, Esq.