# Exhibit H



William R. Poynter, Esq.
757-238-6383
wpoynter@kaleolegal.com

April 6, 2020

**VIA ELECTRONIC MAIL**
Chady Tawil, CEO
MOZAICO
1591 Lighthouse Drive
Naperville, Illinois, 60565
info@mozaico.com

**Re: Willful Trademark and Copyright Infringement**

Dear Sir:

This firm represents New Ravenna, which is America's premier designer and manufacturer of stone and glass mosaic tiles for both residential and commercial installations. New Ravenna mosaic tile designs are sold through nearly 200 exclusive designer showrooms across the country and internationally, and the company provides design services along with on-site supervision of installations.  New Ravenna mosaics have been featured in national architectural and interior design magazines and are found in homes, restaurants, hotels, casinos and businesses around the world.

New Ravenna is the exclusive owner of all copyrights and other intellectual property rights in the mosaic tile designs and marks that appear on the New Ravenna website at www.newravenna.com ("New Ravenna Designs").  As a result of New Ravenna's exclusive and widespread advertising, use and promotion over more than twenty years, the New Ravenna Designs are widely recognized by consumers as a designation of New Ravenna's goods and services, and New Ravenna has developed extensive goodwill in its New Ravenna Designs. What is more, the Avila Design is covered by Copyright Registration No. VA0002085265, and the Reina Design is covered by Copyright Registration No. VA0002164004.

New Ravenna has previously informed you of your infringement of several of its copyrighted designs, on two separate occasions dating back to May 12, 2015.  Unfortunately, it has again come to our attention that you are offering a multitude of mosaic tile designs that are identical and/or substantially similar to many of the New Ravenna Designs.  Attached hereto as Exhibit A is a complete list of those designs together with the online locations where each can be found.

Because you do not have permission from New Ravenna, your use of the New Ravenna Designs set forth on Exhibit A constitutes copyright infringement under The Copyright Act, 17 USC § 101 et al., and potentially trade dress infringement and unfair competition under the Lanham Act, 15 USC § 1125, as well.  As a result of this conduct, New Ravenna may be entitled to preliminary and permanent injunctive relief against your continued use of the New Ravenna Designs, in addition to recovering its damages and costs.  What is more, because of the nature of the infringement, and the fact that Mozaico is a serial and willful infringer of so many New Ravenna Designs, New Ravenna may be entitled to recover trebled damages and attorney fees in any lawsuit to enforce its rights.

April 6, 2020
Mozaico
Page 2

We therefore demand that you immediately cease all uses of the New Ravenna Designs, and any other New Ravenna designs or intellectual property, within seven days of receipt of this letter, and confirm in writing that you have done so, including the removal of all references to New Ravenna or its designs from all advertising, promotional materials, in store displays, and websites. We also demand that you confirm your agreement in writing never to use the New Ravenna Designs, trade dress, trademarks, or other intellectual property by signing below. If we do not receive written confirmation within seven days, we will advise our client to pursue all legal remedies available to it.

New Ravenna appreciates your respect for its intellectual property. Please contact me as soon as possible to discuss resolution of this matter. I look forward to hearing from you.

Very truly yours,

William R. Poynter

SEEN AND AGREED:

_____
Mozaico

cc:     New Ravenna, LLC

MOZAICO COPYRIGHT INFRINGEMENT

EXHIBIT A

PRODUCTS FOUND AT: HTTPS://WWW.MOZAICO.COM/

| MOZAICO VERSION |
| --- |



LINK:

https://www.mozaico.com/collections/mosaic-patterns/products/mosaics-designs_patterns_mosaic-pattern-cacao-sienna_mp024a

| NEW RAVENNA VERSION - AVILA |
| --- |



LINK:

https://newravenna.com/nr-product/avila-statuarietto/

MOZAICO COPYRIGHT INFRINGMENT

PRODUCTS FOUND AT: HTTPS://WWW.MOZAICO.COM/

| MOZAICO VERSION |
| --- |



LINK:

https://www.mozaico.com/collections/mosaic-patterns/products/mosaics-designs_geometric_pietra-dura-mosaic-wallpaper-modern-floral-pattern_mp024

| NEW RAVENNA VERSION - AVILA |
| --- |



LINK:

https://newravenna.com/nr-product/avila-statuarietto/

PRODUCTS FOUND AT: HTTPS://WWW.MOZAICO.COM/

| MOZAICO VERSION |
| --- |



LINK:

https://www.mozaico.com/collections/mosaic-patterns/products/mosaics-designs_flowers-and-trees_floral-entangled-design-stone-mosaic_mp189a

| NEW RAVENNA VERSION - CLIMBING VINE |
| --- |



LINK:

https://newravenna.com/nr-product/climbing-vine-aquamarine/

PRODUCTS FOUND AT: HTTPS://WWW.MOZAICO.COM/

| MOZAICO VERSION |
| --- |



LINK:

https://www.mozaico.com/collections/mosaic-patterns/products/mosaics-designs_flowers-and-trees_mosaic-design-abstract-entangled_mp189b

| NEW RAVENNA VERSION - CLIMBING VINE |
| --- |



LINK:

https://newravenna.com/nr-product/climbing-vine-aquamarine/

PRODUCTS FOUND AT: HTTPS://WWW.MOZAICO.COM/

| MOZAICO VERSION |
| --- |



LINK:

https://www.mozaico.com/collections/mosaic-patterns/products/mosaics-designs_flowers-and-trees_abstract-mosaic-art-roman-floral_mp189

| NEW RAVENNA VERSION - CLIMBING VINE |
| --- |



LINK:

https://newravenna.com/nr-product/climbing-vine-aquamarine/

MOZAICO COPYRIGHT INFRINGMENT

PRODUCTS FOUND AT: HTTPS://WWW.MOZAICO.COM/

| MOZAICO VERSION |
| --- |



LINK:

https://www.mozaico.com/products/mosaics-designs_patterns_patterned-floral-design-on-marble-mosaic-tile-art_mg316

| NEW RAVENNA VERSION - MARABEL |
| --- |



LINK:

https://newravenna.com/nr-product/marabel/

PRODUCTS FOUND AT: HTTPS://WWW.MOZAICO.COM/

| MOZAICO VERSION |
| --- |
|  |
| LINK: https://www.mozaico.com/products/mosaics-designs_patterns_mosaic-patterns-ocean-waves_mg239g |

| NEW RAVENNA VERSION - MIRAGE |
| --- |
|  |
| LINK: https://newravenna.com/nr-product/mirage/ |

PRODUCTS FOUND AT: HTTPS://WWW.MOZAICO.COM/

---

MOZAICO VERSION



LINK:
https://www.mozaico.com/collections/mosaic-patterns/products/mosaics-designs_patterns_sea-shades-marble-mosaic_msa314a

---

NEW RAVENNA VERSION - MIRAGE



LINK:
https://newravenna.com/nr-product/mirage/

PRODUCTS FOUND AT: HTTPS://WWW.MOZAICO.COM/

## MOZAICO VERSION



LINK:

https://www.mozaico.com/collections/mosaic-patterns/products/mosaics-designs_patterns_mosaic-patterns-anemone-waves_mg239h

## NEW RAVENNA VERSION - MIRAGE



LINK:

https://newravenna.com/nr-product/mirage/

PRODUCTS FOUND AT: HTTPS://WWW.MOZAICO.COM/

| MOZAICO VERSION |
| --- |



LINK:

https://www.mozaico.com/collections/mosaic-patterns/products/mosaics-designs_patterns_mosaic-patterns-urtensia_mg239f

| NEW RAVENNA VERSION - MIRAGE |
| --- |



LINK:

https://newravenna.com/nr-product/mirage/

PRODUCTS FOUND AT: HTTPS://WWW.MOZAICO.COM/

| MOZAICO VERSION |
| --- |



LINK:

https://www.mozaico.com/collections/mosaic-patterns/products/mosaics-designs_patterns_stone-mosaic-design-catch-the-wave_msa314

| NEW RAVENNA VERSION - MIRAGE |
| --- |



LINK:

https://newravenna.com/nr-product/mirage/

PRODUCTS FOUND AT: HTTPS://WWW.MOZAICO.COM/

| MOZAICO VERSION |
| --- |
|  |
| LINK: https://www.mozaico.com/collections/mosaic-patterns/products/mosaics-designs_geometric_waves-petal-mosaic-design_mp023 |

| NEW RAVENNA VERSION - OASIS |
| --- |
|  |
| LINK: https://newravenna.com/nr-product/oasis-glass/ |

PRODUCTS FOUND AT: HTTPS://WWW.MOZAICO.COM/

| MOZAICO VERSION |
| --- |



LINK:

https://www.mozaico.com/collections/mosaic-patterns/products/mosaics-designs_patterns_oval-seamless-mosaic-pattern_msa305

| NEW RAVENNA VERSION - OVAL OVERLAY |
| --- |



PRODUCTS FOUND AT: HTTPS://WWW.MOZAICO.COM/

---

**MOZAICO VERSION**



LINK:

https://www.mozaico.com/products/mosaics-designs_patterns_paisley-floral-mosaic_mg324

---

**NEW RAVENNA VERSION - PAISLEY VINE**



LINK:

https://newravenna.com/nr-product/paisley-vine/

PRODUCTS FOUND AT: HTTPS://WWW.MOZAICO.COM/

| MOZAICO VERSION |
| --- |



LINK:

https://www.mozaico.com/collections/mosaic-patterns/products/mosaics-designs_patterns_rectangular-prism-mosaic-mural_mg287

| NEW RAVENNA VERSION - RAZMATAZZ |
| --- |



PRODUCTS FOUND AT: HTTPS://WWW.MOZAICO.COM/

| MOZAICO VERSION |
| --- |
|  |

LINK:

https://www.mozaico.com/collections/mosaic-patterns/products/mosaics-designs_patterns_round-floral-mosaic-gabriela_msa308

| NEW RAVENNA VERSION - RAZMATAZZ |
| --- |
|  |

PRODUCTS FOUND AT: HTTPS://WWW.MOZAICO.COM/

| MOZAICO VERSION |
|---|



LINK:

https://www.mozaico.com/collections/mosaic-patterns/products/mosaics-designs_geometric_moroc-can-floral-pattern-petal-mosaic-design_mp030

| NEW RAVENNA VERSION - REINA |
|---|



LINK:

https://newravenna.com/nr-product/reina-cloud-nine/

PRODUCTS FOUND AT: HTTPS://WWW.MOZAICO.COM/

| MOZAICO VERSION |
|---|



LINK:

https://www.mozaico.com/collections/mosaic-patterns/products/mosaics-designs_patterns_spheres-prism-geometric-mosaic-wallpaper_mg288

| NEW RAVENNA VERSION - RINGLET |
|---|



PRODUCTS FOUND AT: HTTPS://WWW.MOZAICO.COM/

---

### MOZAICO VERSION



LINK:

https://www.mozaico.com/collections/mosaic-patterns/products/mosaics-designs_patterns_artwork-accent-tile-kesha_msa307

---

### NEW RAVENNA VERSION - SINE WAVE

