Exhibit I



William R. Poynter, Esq.
757-238-6383
wpoynter@kaleolegal.com

October 16, 2023

**VIA ELECTRONIC MAIL & UPS**

Shady Tawil, CEO
MOZAICO, INC.
1591 Lighthouse Drive
Naperville, Illinois, 60565
info@mozaico.com
sales@mozaico.com

With a copy to:
Legalinc Corporate Services Inc.
651 N. Broad Street.
Suite 201
Middletown, DE 19709

**Re: Continued Willful Intellectual Property Infringement**

Dear Sir:

This firm represents New Ravenna, which is America's premier designer and manufacturer of stone and glass mosaic tiles for both residential and commercial installations. New Ravenna's mosaic tile designs are sold through nearly 200 exclusive designer showrooms across the country and internationally, and the company provides design services along with on-site supervision of installations. New Ravenna mosaics have been featured in national architectural and interior design magazines and are found in homes, restaurants, hotels, casinos and businesses around the world.

New Ravenna is the exclusive owner of all copyrights and other intellectual property rights in the mosaic tile designs and marks that appear on the New Ravenna website at www.newravenna.com ("New Ravenna Designs"). As a result of New Ravenna's exclusive and widespread advertising, use and promotion over more than thirty years, the New Ravenna Designs are widely recognized by consumers as a designation of New Ravenna's goods and services, and New Ravenna has developed extensive goodwill in its New Ravenna Designs. What is more, New Ravenna created and registered the Amaranth design (the "Copyrighted Work"). Plaintiff is the owner of valid and subsisting United States Copyright Registration No. VA0002321514 for the Copyrighted Work. **Exhibit A.**

On several prior occasions, going back as far as 2015 and attached as **Exhibit B**, New Ravenna has attempted to amicably resolve your continued intellectual property infringement. It has, yet again, come to our attention that you are offering another New Ravenna design, Amaranth, without authorization. You are displaying New Ravenna's Amaranth design on both your Facebook and Instagram accounts. **Exhibit C; Exhibit D.**

---

October 16, 2023
Mozaico, Inc.
Page 2


We remind you of our prior demand and Mozaico Inc.'s obligations that Mozaico and its affiliates and any and all officers, employees, members, managers, consultants, agents, attorneys, and representatives, take action to preserve all potentially relevant documents and information, regardless of the form in which it is stored, and electronically stored information and to prevent the intentional or accidental deletion or spoilation of any evidence that in any manner relates to this case and the allegations that have been raised.

New Ravenna has attempted to resolve these matters with you on several occasions to no avail. We are placing you on notice of this final attempt to contact you regarding your repeated and willful infringement of New Ravenna's copyrights. If we do not hear from you within seven (7) days, we will proceed with the filing of a lawsuit.


Very truly yours,


William R. Poynter


cc:     Alexandra M. Gabriel (agabriel@kaleolegal.com
        New Ravenna, LLC

# EXHIBIT A

Type of Work:      Visual Material

Registration Number / Date:
                   VA0002321514 / 2022-09-12

Application Title: Amaranth.

Title:             Amaranth.

Description:       Electronic file (eService)

Copyright Claimant:
                   New Ravenna, LLC.

Date of Creation:  2022

Date of Publication:
                   2022-04-14

Nation of First Publication:
                   United States

Authorship on Application:
                   New Ravenna, LLC, employer for hire; Domicile: United
                      States. Authorship: 2-D artwork.

Rights and Permissions:
                   William R. Poynter, Kaleo Legal, 4456 Corporation Ln,
                      Suite135, Virginia Beach, VA, 23462, United States,
                      (757) 679-3503, wpoynter@kaleolegal.com

Names:             New Ravenna, LLC

================================================================================

# EXHIBIT B



**William R. Poynter**
Office 757.238.6383
Fax   757.304.6175
wpoynter@kaleolegal.com

**Tina Bingham**
Office 757.963.7261
Fax   757.304.6175
tbingham@kaleolegal.com

**Brian Wainger**
Office 757.965.6804
Fax 757.304.6175
bwainger@kaleolegal.com

May 12, 2015

## <u>VIA OVERNIGHT MAIL</u>

MOZAICO
1591 Lighthouse Drive
Naperville, Illinois, 60565

### Re: Trademark and Copyright Infringement

Dear Sir:

This firm represents New Ravenna Mosaics, which is America's premier designer and manufacturer of stone and glass mosaic tiles for both residential and commercial installations. New Ravenna Mosaics are sold through nearly 200 exclusive designer showrooms across the country and internationally, and the company provides design services along with on-site supervision of installations. New Ravenna Mosaics have been featured in national architectural and interior design magazines and are found in homes, restaurants, hotels, casinos and businesses around the world.

New Ravenna is the exclusive owner of all copyrights and other intellectual property rights in the mosaic tile designs and marks that appear on the New Ravenna website at www.newravenna.com ("New Ravenna Designs").  As a result of New Ravenna's exclusive and widespread advertising, use and promotion over more than twenty years, the New Ravenna Designs are widely recognized by consumers as a designation of New Ravenna's goods and services, and New Ravenna has developed extensive goodwill in its New Ravenna Designs.

It has come to our attention that you are offering mosaic tile designs that are identical and/or substantially similar to many of the New Ravenna Designs.  Below is a complete list of those designs with the New Ravenna Design name on the left and your reference number on the right:

| | |
|---|---|
| Climbing Vine | MP 189 |
| Climbing Vine | MP 189A |
| Climbing Vine | MP 189B |
| Waterworks Parramore Ringlet | MG288 |
| Waterworks Parramore Razmatazz | MG287 |
| Oasis | MP023 |
| Paul Schatz Avila | MP024 |
| Erin Adams Forks,Knives,Spoons | MP025 |
| Tamara | MP027 |
| Erin Adams Bottles | MP028 |
| Edie | MP029 |

May 12, 2015
Mozaico
Page 2

| | |
|---|---|
| Paul Schatz Reina | MP030 |
| Waterworks Parramore Oval Overlay | MSA305 |
| Waterworks Parramore Razmatazz | MSA308 |
| Paisley Vine | MG324 |

Because you do not have permission from New Ravenna, your use of the New Ravenna Designs constitutes copyright infringement under The Copyright Act, 17 USC § 101 et al., and potentially trade dress infringement and unfair competition under the Lanham Act, 15 USC § 1125, as well. As a result of this conduct, New Ravenna is entitled to preliminary and permanent injunctive relief against your continued use of the New Ravenna Designs, in addition to recovering its damages and costs, and potentially trebled damages and attorney fees.

We therefore demand that you immediately cease all uses of the New Ravenna Designs, and any other New Ravenna designs or intellectual property, within seven days of receipt of this letter, and confirm in writing that you have done so, including the removal of all references to New Ravenna or its designs from all advertising, promotional materials, in store displays, and websites. We also demand that you confirm your agreement in writing never to use the New Ravenna Designs, trade dress, trademarks, or other intellectual property by signing below.  If we do not receive written confirmation within seven days, we will advise our client to pursue all legal remedies available to it.

New Ravenna appreciates your respect for its intellectual property.  Please contact me as soon as possible to discuss resolution of this matter.  I look forward to hearing from you.

Very truly yours,

William R. Poynter

SEEN AND AGREED:

_____
Mozaico

cc:     New Ravenna Mosaics
        Brian A. Wainger, Esq.
        Tina P. Bingham, Esq.



William R. Poynter, Esq.
757-238-6383
wpoynter@kaleolegal.com

January 16, 2018

**<u>VIA OVERNIGHT MAIL</u>**

MOZAICO
1591 Lighthouse Drive
Naperville, Illinois, 60565

**Re: Willful Trademark and Copyright Infringement**

Dear Sir:

This firm represents New Ravenna Mosaics, which is America's premier designer and manufacturer of stone and glass mosaic tiles for both residential and commercial installations. New Ravenna Mosaics are sold through nearly 200 exclusive designer showrooms across the country and internationally, and the company provides design services along with on-site supervision of installations.  New Ravenna Mosaics have been featured in national architectural and interior design magazines and are found in homes, restaurants, hotels, casinos and businesses around the world.

New Ravenna is the exclusive owner of all copyrights and other intellectual property rights in the mosaic tile designs and marks that appear on the New Ravenna website at www.newravenna.com ("New Ravenna Designs").  As a result of New Ravenna's exclusive and widespread advertising, use and promotion over more than twenty years, the New Ravenna Designs are widely recognized by consumers as a designation of New Ravenna's goods and services, and New Ravenna has developed extensive goodwill in its New Ravenna Designs.

New Ravenna has previously informed you of your infringement of several of its copyrighted designs, by letter dated May 12, 2015, which was returned signed and acknowledged by your company (a copy of which is enclosed as Exhibit B).  Unfortunately, it has again come to our attention that you are offering a multitude of mosaic tile designs that are identical and/or substantially similar to many of the New Ravenna Designs.  Attached hereto as Exhibity A is a complete list of those designs together with the online locations where each can be found.

Because you do not have permission from New Ravenna, your use of the New Ravenna Designs set forth on Exhibit A constitutes copyright infringement under The Copyright Act, 17 USC § 101 et al., and potentially trade dress infringement and unfair competition under the Lanham Act, 15 USC § 1125, as well.  As a result of this conduct, New Ravenna is entitled to preliminary and permanent injunctive relief against your continued use of the New Ravenna Designs, in addition to recovering its damages and costs.  What is more, because of the nature of the infringement, and the fact that Mozaico is now a serial and willful infringer of so many New Ravenna Designs, New Ravenna will be entitled to recover trebled damages and attorney fees in any lawsuit to enforce its rights.

---

**4456 Corporation Lane, Suite 135 · Virginia Beach, VA 23462 · www.kaleolegal.com**

January 16, 2018
Mozaico
Page 2


      We therefore demand that you immediately cease all uses of the New Ravenna Designs, and any other New Ravenna designs or intellectual property, within seven days of receipt of this letter, and confirm in writing that you have done so, including the removal of all references to New Ravenna or its designs from all advertising, promotional materials, in store displays, and websites. We also demand that you confirm your agreement in writing never to use the New Ravenna Designs, trade dress, trademarks, or other intellectual property by signing below.  If we do not receive written confirmation within seven days, we will advise our client to pursue all legal remedies available to it.

      New Ravenna appreciates your respect for its intellectual property.  Please contact me as soon as possible to discuss resolution of this matter.  I look forward to hearing from you.

      Very truly yours,


      William R. Poynter


SEEN AND AGREED:

_____
Mozaico


cc:    New Ravenna Mosaics
       William P. Dickinson, III, Esq.

January 16, 2018
Mozaico
Page 3

EXHIBIT A

Products found at the following locations:
Mosaico website: www.mozaico.com
Mosaico Instagram: www.instagram.com/mozaico

| MOSAICO | NEW RAVENNA | PRODUCT INFO |
|---|---|---|
|  |  | Mozaico:<br>Blue Bird in Petal<br>MP026<br>Web:<br>https://www.mozaico.com/collections/birds-and-butterflies/products/mosaics-designs_birds-and-butterflies_mosaic-tile-art-blue-bird-in-petal_mp026<br>Instagram:<br>1. https://www.instagram.com/p/BR_h0wjgvaK/?taken-by=mozaico<br>2. https://www.instagram.com/p/BAgu5dwA6jX/?taken-by=mozaico<br>3. https://www.instagram.com/p/kq7aOag6g9/?taken-by=mozaico<br>4. https://www.instagram.com/p/Bc_qEMxFhpH/?taken-by=mozaico |
| | | New Ravenna: Chinoiserie<br>http://newravenna.photoshelter.com/image/I0000jvhiQHeqhj0 |
| | | Mozaico:<br>Birds and Florals<br>GA019<br>https://www.mozaico.com/collectio |

January 16, 2018
Mozaico
Page 4



ns/birds-and-
butterflies/products/mosaics-
designs_birds-and-
butterflies_mosaic-designs-birds-
and-florals_ga019

New Ravenna: Chinoiserie
http://newravenna.photoshelter.co
m/image/I0000h3awkG5NZ9E

Mozaico:
Zilij Geometric Flower
MP199
Web:
https://www.mozaico.com/collectio
ns/patterns/products/mosaics-
designs_patterns_zillij-geometric-
flower-patterns-mosaic-stone-
art_mp199
Instagram:
https://www.instagram.com/p/Bc5
ZhDSFXjL/?taken-by=mozaico

New Ravenna: Granada
http://newravenna.photoshelter.co
m/image/I0000pgce3G3VET8

Mozaico:
Patterned Floral Mosaic Design
MG316
Web:
https://www.mozaico.com/collectio
ns/patterns/products/mosaics-
designs_patterns_patterned-floral-

January 16, 2018
Mozaico
Page 5



| | | design-on-marble-mosaic-tile-art_mg316<br>Instagram:<br>https://www.instagram.com/p/BY_ZbuxFUDk/?taken-by=mozaico |
| | | New Ravenna: Marabel<br>http://newravenna.photoshelter.com/image/I0000iMpiLC2gjlQ |
| | | Mozaico:<br>Stone Mosaic Design – Catch the Wave<br>MSA314<br>Web:<br>https://www.mozaico.com/collections/patterns/products/mosaics-designs_patterns_stone-mosaic-design-catch-the-wave_msa314<br>Instagram:<br>https://www.instagram.com/p/BbcrRsfl9cS/?taken-by=mozaico |
| | | New Ravenna: Mirage<br>http://newravenna.photoshelter.com/image/I0000HGnqcVO43Mk |
| | | Mozaico:<br>Peacock Feather Micro Mosaic<br>M1008<br>https://www.mozaico.com/collections/others/products/mosaics-designs_others_peacock-feather- |

January 16, 2018
Mozaico
Page 6



| | | micro-mosaic-stone-artwork-mural_mi008 |
| | | New Ravenna: Peacock http://newravenna.photoshelter.com/image/I0000kPbQ_5RPn4I |
| | | Mozaico:<br>Flower Mosaic Square – Nalia MG326<br>Web:<br>https://www.mozaico.com/collections/geometric/products/mosaics-designs_geometric_flower-mosaic-square-nalia_mg326<br>Instagram:<br>1. https://www.instagram.com/p/BQlu9FpASQu/?taken-by=mozaico<br>2. https://www.instagram.com/p/yY-r5hg6pe/?taken-by=mozaico |
| | | New Ravenna: Aurelia http://newravenna.photoshelter.com/image/I00003GEoUX0LrKA |
| | | Mozaico:<br>Mosaic Designs – Moonchild MG341<br>Web:<br>https://www.mozaico.com/collectio |

January 16, 2018
Mozaico
Page 7



ns/geometric/products/mosaics-designs_geometric_mosaic-designs-moonchild_mg341
Instagram:
https://www.instagram.com/p/BPAv2akITBT/?taken-by=mozaico

New Ravenna: Perrault
http://newravenna.photoshelter.com/image/I0000bf7Gmm2zE6M

Mozaico:
Abstract Mosaic Art – Roman Floral
MP189
https://www.mozaico.com/collections/patterns/products/mosaics-designs_flowers-and-trees_abstract-mosaic-art-roman-floral_mp189

New Ravenna: Climbing Vine
http://newravenna.photoshelter.com/image/I0000wvQlrxc93Do

Mozaico: Dragonflies
MB045
https://www.mozaico.com/collections/borders/products/mosaics-designs_borders_mosaic-patterns-dragonflies_mb045

New Ravenna: Dragonflies border
http://newravenna.photoshelter.com/image/I0000woB9x.q2xJQ

Mozaico: Mosaic Designs – Bottles Pattern
MP028
https://www.mozaico.com/collections/patterns/products/mosaics-designs_patterns_mosaic-designs-bottles-pattern_mp028

January 16, 2018
Mozaico
Page 8



New Ravenna: Bottles
http://newravenna.photoshelter.com/image/I0000Ln56lldfu9g

Mozaico:
MG324
https://www.mozaico.com/collections/patterns/products/mosaics-designs_patterns_paisley-floral-mosaic_mg324

New Ravenna: Paisley Vine
http://newravenna.photoshelter.com/image/I0000asoOF0XUzQQ

Mozaico: Mosaic Designs: Black Iznik
MP201
https://www.mozaico.com/collections/geometric/products/mosaics-

January 16, 2018
Mozaico
Page 9



designs_geometric_mosaic-designs-black-iznik_mp201

New Ravenna: Ann Sacks Beau Monde Montgomery
http://newravenna.photoshelter.com/image/I0000.OCeEliwwgM

Mozaico: White Iznik MP200
https://www.mozaico.com/collections/geometric/products/mosaics-designs_geometric_mosaic-designs-white-iznik_mp200

New Ravenna: Ann Sacks Beau Monde Coco
http://newravenna.photoshelter.com/image/I0000oO82QFArCJQ

Mozaico: Mosaic Pattern: Bright Amaryllis MF459
https://www.mozaico.com/collections/flowers-and-trees/products/mosaics-

January 16, 2018
Mozaico
Page 10



| | | designs_flowers-and-trees_mosaic-pattern-bright-amaryllis_mf459 |
| | | New Ravenna: Tamsin http://newravenna.photoshelter.com/image/I0000ycovrzWrSqo |
| | | Mozaico: Moroccan Floral Pattern Petal Design MP030 https://www.mozaico.com/collections/geometric/products/mosaics-designs_geometric_moroccan-floral-pattern-petal-mosaic-design_mp030 |
| | | New Ravenna: Reina http://newravenna.photoshelter.com/image/I00006CP6xEVWb10 |
| | | Mozaico: Pietra Dura Mosaic Wallpaper Modern Floral Pattern MP024 https://www.mozaico.com/collections/geometric/products/mosaics-designs_geometric_pietra-dura-mosaic-wallpaper-modern-floral-pattern_mp024 |
| | | New Ravenna: Avila http://newravenna.photoshelter.com/image/I0000odjdy_dveH4 |

January 16, 2018
Mozaico
Page 11



| | | Mozaico: Waves Petal Mosaic Design<br>MP023<br>https://www.mozaico.com/collections/geometric/products/mosaics-designs_geometric_waves-petal-mosaic-design_mp023 |
| | | New Ravenna: Oasis<br>http://newravenna.photoshelter.com/image/I0000h2SEaqqtf8Q |
| | | Mozaico: Floral Mosaic Black and White Wallpaper<br>MP027<br>https://www.mozaico.com/collections/geometric/products/mosaics-designs_geometric_floral-mosaic-black-and-white-wallpaper_mp027 |
| | | New Ravenna: Tamara<br>http://newravenna.photoshelter.com/image/I0000eRwIynM12cw |
| | | Mozaico: Geometric Mosaic Pattern – Orlandia<br>MG360<br>https://www.mozaico.com/collections/geometric/products/mosaics-designs_geometric_geometric-mosaic-pattern-orlandia_mg360 |

January 16, 2018
Mozaico
Page 12



| | | New Ravenna: Luxor<br>http://newravenna.photoshelter.com/image/I0000woBpOhcF4yo |
| | | Mozaico: Mosaic Square Accent – Florencia<br>MP215<br>https://www.mozaico.com/collections/geometric/products/mosaics-designs_geometric_mosaic-square-accent-florencia_mp215<br>New Ravenna: Talya Rumi<br>http://newravenna.photoshelter.com/image/I00006vyxkZXHPLg |
| | | Mozaico: Floral Pattern Petal Tile Mural<br>MP029<br>Web:<br>https://www.mozaico.com/collections/geometric/products/mosaics-designs_geometric_floral-pattern-petal-tile-mural_mp029<br>Instagram:<br>https://www.instagram.com/p/pJMILNg6qb/?taken-by=mozaico |

January 16, 2018
Mozaico
Page 13



New Ravenna: Edie
http://newravenna.photoshelter.co
m/image/I0000COI1XDhLma8

Mozaico: unnamed
Instagram:
https://www.instagram.com/p/mD
P59eg6ik/?taken-by=mozaico

New Ravenna: Forks, Knives,
Spoons
http://newravenna.photoshelter.co
m/image/I0000Vy.L3WUzC.8

# EXHIBIT B

 **KALEOLEGAL**

| | | |
|---|---|---|
| **William R. Poynter** | **Tina Bingham** | **Brian Wainger** |
| Office 757.238.6383 | Office 757.963.7261 | Office 757.965.6804 |
| Fax   757.304.6175 | Fax   757.304.6175 | Fax 757.304.6175 |
| wpoynter@kaleolegal.com | tbingham@kaleolegal.com | bwainger@kaleolegal.com |

May 12, 2015

<u>**VIA OVERNIGHT MAIL**</u>

**MOZAICO**
1591 Lighthouse Drive
Naperville, Illinois, 60565

**Re: Trademark and Copyright Infringement**

Dear Sir:

This firm represents New Ravenna Mosaics, which is America's premier designer and manufacturer of stone and glass mosaic tiles for both residential and commercial installations. New Ravenna Mosaics are sold through nearly 200 exclusive designer showrooms across the country and internationally, and the company provides design services along with on-site supervision of installations. New Ravenna Mosaics have been featured in national architectural and interior design magazines and are found in homes, restaurants, hotels, casinos and businesses around the world.

New Ravenna is the exclusive owner of all copyrights and other intellectual property rights in the mosaic tile designs and marks that appear on the New Ravenna website at www.newravenna.com ("New Ravenna Designs"). As a result of New Ravenna's exclusive and widespread advertising, use and promotion over more than twenty years, the New Ravenna Designs are widely recognized by consumers as a designation of New Ravenna's goods and services, and New Ravenna has developed extensive goodwill in its New Ravenna Designs.

It has come to our attention that you are offering mosaic tile designs that are identical and/or substantially similar to many of the New Ravenna Designs. Below is a complete list of those designs with the New Ravenna Design name on the left and your reference number on the right:

| | |
|---|---|
| Climbing Vine | MP 189 |
| Climbing Vine | MP 189A |
| Climbing Vine | MP 189B |
| Waterworks Parramore Ringlet | MG288 |
| Waterworks Parramore Razmatazz | MG287 |
| Oasis | MP023 |
| Paul Schatz Avila | MP024 |
| Erin Adams Forks,Knives,Spoons | MP025 |
| Tamara | MP027 |
| Erin Adams Bottles | MP028 |
| Edie | MP029 |

---

**4456 Corporation Lane, Suite 135 · Virginia Beach, VA 23462 · www.kaleolegal.com**

May 12, 2015
Mozaico
Page 2

| | |
|---|---|
| Paul Schatz Reina | MP030 |
| Waterworks Parramore Oval Overlay | MSA305 |
| Waterworks Parramore Razmatazz | MSA308 |
| Paisley Vine | MG324 |

Because you do not have permission from New Ravenna, your use of the New Ravenna Designs constitutes copyright infringement under The Copyright Act, 17 USC§ 101 et al., and potentially trade dress infringement and unfair competition under the Lanham Act, 15 USC § 1125, as well. As a result of this conduct, New Ravenna is entitled to preliminary and permanent injunctive relief against your continued use of the New Ravenna Designs, in addition to recovering its damages and costs, and potentially trebled damages and attorney fees.

We therefore demand that you immediately cease all uses of the New Ravenna Designs, and any other New Ravenna designs or intellectual property, within seven days of receipt of this letter, and confirm in writing that you have done so, including the removal of all references to New Ravenna or its designs from all advertising, promotional materials, in store displays, and websites. We also demand that you confirm your agreement in writing never to use the New Ravenna Designs, trade dress, trademarks, or other intellectual property by signing below.  If we do not receive written confirmation within seven days, *we* will advise our client to pursue all legal remedies available to it.

New Ravenna appreciates your respect for its intellectual property.  Please contact me as soon as possible to discuss resolution of this matter.  I look forward to hearing from you.

Very truly yours,

William R. Poynter

SEEN AND AGREED:

Mozaico

cc:   New Ravenna Mosaics
Brian A. Wainger, Esq.
Tina P. Bingham, Esq.

**4456 Corporation Lane, Suite 135 · Virginia Beach, VA 23462  ·  www.kaleolegal.com**



William R. Poynter, Esq.
757-238-6383
wpoynter@kaleolegal.com

April 6, 2020

**VIA ELECTRONIC MAIL**
Chady Tawil, CEO
MOZAICO
1591 Lighthouse Drive
Naperville, Illinois, 60565
info@mozaico.com

**Re: Willful Trademark and Copyright Infringement**

Dear Sir:

This firm represents New Ravenna, which is America's premier designer and manufacturer of stone and glass mosaic tiles for both residential and commercial installations. New Ravenna mosaic tile designs are sold through nearly 200 exclusive designer showrooms across the country and internationally, and the company provides design services along with on-site supervision of installations.  New Ravenna mosaics have been featured in national architectural and interior design magazines and are found in homes, restaurants, hotels, casinos and businesses around the world.

New Ravenna is the exclusive owner of all copyrights and other intellectual property rights in the mosaic tile designs and marks that appear on the New Ravenna website at www.newravenna.com ("New Ravenna Designs").  As a result of New Ravenna's exclusive and widespread advertising, use and promotion over more than twenty years, the New Ravenna Designs are widely recognized by consumers as a designation of New Ravenna's goods and services, and New Ravenna has developed extensive goodwill in its New Ravenna Designs. What is more, the Avila Design is covered by Copyright Registration No. VA0002085265, and the Reina Design is covered by Copyright Registration No. VA0002164004.

New Ravenna has previously informed you of your infringement of several of its copyrighted designs, on two separate occasions dating back to May 12, 2015.  Unfortunately, it has again come to our attention that you are offering a multitude of mosaic tile designs that are identical and/or substantially similar to many of the New Ravenna Designs.  Attached hereto as Exhibit A is a complete list of those designs together with the online locations where each can be found.

Because you do not have permission from New Ravenna, your use of the New Ravenna Designs set forth on Exhibit A constitutes copyright infringement under The Copyright Act, 17 USC § 101 et al., and potentially trade dress infringement and unfair competition under the Lanham Act, 15 USC § 1125, as well.  As a result of this conduct, New Ravenna may be entitled to preliminary and permanent injunctive relief against your continued use of the New Ravenna Designs, in addition to recovering its damages and costs.  What is more, because of the nature of the infringement, and the fact that Mozaico is a serial and willful infringer of so many New Ravenna Designs, New Ravenna may be entitled to recover trebled damages and attorney fees in any lawsuit to enforce its rights.

April 6, 2020
Mozaico
Page 2


We therefore demand that you immediately cease all uses of the New Ravenna Designs, and any other New Ravenna designs or intellectual property, within seven days of receipt of this letter, and confirm in writing that you have done so, including the removal of all references to New Ravenna or its designs from all advertising, promotional materials, in store displays, and websites. We also demand that you confirm your agreement in writing never to use the New Ravenna Designs, trade dress, trademarks, or other intellectual property by signing below.  If we do not receive written confirmation within seven days, we will advise our client to pursue all legal remedies available to it.

New Ravenna appreciates your respect for its intellectual property.  Please contact me as soon as possible to discuss resolution of this matter.  I look forward to hearing from you.

Very truly yours,

William R. Poynter

SEEN AND AGREED:

_____
Mozaico


cc:    New Ravenna, LLC

PRODUCTS FOUND AT: HTTPS://WWW.MOZAICO.COM/

| MOZAICO VERSION |
| --- |



LINK:

https://www.mozaico.com/collections/mosaic-patterns/products/mosaics-designs_patterns_mosaic-pattern-cacao-sienna_mp024a

| NEW RAVENNA VERSION - AVILA |
| --- |



LINK:

https://newravenna.com/nr-product/avila-statuarietto/

PRODUCTS FOUND AT: HTTPS://WWW.MOZAICO.COM/

| MOZAICO VERSION |
|---|



LINK:

https://www.mozaico.com/collections/mosaic-patterns/products/mosaics-designs_geometric_pi-etra-dura-mosaic-wallpaper-modern-floral-pattern_mp024

| NEW RAVENNA VERSION - AVILA |
|---|



LINK:

https://newravenna.com/nr-product/avila-statuarietto/

PRODUCTS FOUND AT: HTTPS://WWW.MOZAICO.COM/

## MOZAICO VERSION



LINK:

https://www.mozaico.com/collections/mosaic-patterns/products/mosaics-designs_flowers-and-trees_floral-entangled-design-stone-mosaic_mp189a

## NEW RAVENNA VERSION - CLIMBING VINE



LINK:

https://newravenna.com/nr-product/climbing-vine-aquamarine/

MOZAICO

PRODUCTS FOUND AT: HTTPS://WWW.MOZAICO.COM/

| MOZAICO VERSION |
|---|



LINK:
https://www.mozaico.com/collections/mosaic-patterns/products/mosaics-designs_flowers-and-trees_mosaic-design-abstract-entangled_mp189b

| NEW RAVENNA VERSION - CLIMBING VINE |
|---|



LINK:
https://newravenna.com/nr-product/climbing-vine-aquamarine/

PRODUCTS FOUND AT: HTTPS://WWW.MOZAICO.COM/

| MOZAICO VERSION |
| --- |



LINK:

https://www.mozaico.com/collections/mosaic-patterns/products/mosaics-designs_flowers-and-trees_abstract-mosaic-art-roman-floral_mp189

| NEW RAVENNA VERSION - CLIMBING VINE |
| --- |



LINK:

https://newravenna.com/nr-product/climbing-vine-aquamarine/

PRODUCTS FOUND AT: HTTPS://WWW.MOZAICO.COM/

| MOZAICO VERSION |
|---|



LINK:

https://www.mozaico.com/products/mosaics-designs_patterns_patterned-floral-design-on-marble-mosaic-tile-art_mg316

| NEW RAVENNA VERSION - MARABEL |
|---|



LINK:

https://newravenna.com/nr-product/marabel/

PRODUCTS FOUND AT: HTTPS://WWW.MOZAICO.COM/

| MOZAICO VERSION |
| --- |



LINK:

https://www.mozaico.com/products/mosaics-designs_patterns_mosaic-patterns-ocean-waves_mg239g

| NEW RAVENNA VERSION - MIRAGE |
| --- |



LINK:

https://newravenna.com/nr-product/mirage/

MOZAICO COPYRIGHT INFRINGMENT

PRODUCTS FOUND AT: HTTPS://WWW.MOZAICO.COM/

---

## MOZAICO VERSION



LINK:

https://www.mozaico.com/collections/mosaic-patterns/products/mosaics-designs_patterns_sea-shades-marble-mosaic_msa314a

---

## NEW RAVENNA VERSION - MIRAGE



LINK:

https://newravenna.com/nr-product/mirage/

PRODUCTS FOUND AT: HTTPS://WWW.MOZAICO.COM/

---

**MOZAICO VERSION**



LINK:

https://www.mozaico.com/collections/mosaic-patterns/products/mosaics-designs_patterns_mosaic-patterns-anemone-waves_mg239h

---

**NEW RAVENNA VERSION - MIRAGE**



LINK:

https://newravenna.com/nr-product/mirage/

PRODUCTS FOUND AT: HTTPS://WWW.MOZAICO.COM/

| MOZAICO VERSION |
| --- |
|  |

LINK:

https://www.mozaico.com/collections/mosaic-patterns/products/mosaics-designs_patterns_mosaic-patterns-urtensia_mg239f

| NEW RAVENNA VERSION - MIRAGE |
| --- |
|  |

LINK:

https://newravenna.com/nr-product/mirage/

PRODUCTS FOUND AT: HTTPS://WWW.MOZAICO.COM/

| MOZAICO VERSION |
|---|



LINK:

https://www.mozaico.com/collections/mosaic-patterns/products/mosaics-designs_patterns_stone-mosaic-design-catch-the-wave_msa314

| NEW RAVENNA VERSION - MIRAGE |
|---|



LINK:

https://newravenna.com/nr-product/mirage/

PRODUCTS FOUND AT: HTTPS://WWW.MOZAICO.COM/

| MOZAICO VERSION |
|---|
| 
LINK:
https://www.mozaico.com/collections/mosaic-patterns/products/mosaics-designs_geometric_waves-petal-mosaic-design_mp023 |

| NEW RAVENNA VERSION - OASIS |
|---|
| 
LINK:
https://newravenna.com/nr-product/oasis-glass/ |

PRODUCTS FOUND AT: HTTPS://WWW.MOZAICO.COM/

| MOZAICO VERSION |
|---|



LINK:

https://www.mozaico.com/collections/mosaic-patterns/products/mosaics-designs_patterns_oval-seamless-mosaic-pattern_msa305

| NEW RAVENNA VERSION - OVAL OVERLAY |
|---|



MOZAICO COPYRIGHT INFRINGMENT

PRODUCTS FOUND AT: HTTPS://WWW.MOZAICO.COM/

| MOZAICO VERSION |
| --- |



LINK:

https://www.mozaico.com/products/mosaics-designs_patterns_paisley-floral-mosaic_mg324

| NEW RAVENNA VERSION - PAISLEY VINE |
| --- |





LINK:

https://newravenna.com/nr-product/paisley-vine/

MOZAICO COPYRIGHT INFRINGMENT

PRODUCTS FOUND AT: HTTPS://WWW.MOZAICO.COM/

| MOZAICO VERSION |
|---|



LINK:

https://www.mozaico.com/collections/mosaic-patterns/products/mosaics-designs_patterns_rectangular-prism-mosaic-mural_mg287

| NEW RAVENNA VERSION - RAZMATAZZ |
|---|



PRODUCTS FOUND AT: HTTPS://WWW.MOZAICO.COM/

| MOZAICO VERSION |
|---|



LINK:

https://www.mozaico.com/collections/mosaic-patterns/products/mosaics-designs_patterns_round-floral-mosaic-gabriela_msa308

| NEW RAVENNA VERSION - RAZMATAZZ |
|---|



PRODUCTS FOUND AT: HTTPS://WWW.MOZAICO.COM/

| MOZAICO VERSION |
|---|



LINK:

https://www.mozaico.com/collections/mosaic-patterns/products/mosaics-designs_geometric_moroc-can-floral-pattern-petal-mosaic-design_mp030

| NEW RAVENNA VERSION - REINA |
|---|



LINK:

https://newravenna.com/nr-product/reina-cloud-nine/

PRODUCTS FOUND AT: HTTPS://WWW.MOZAICO.COM/

| MOZAICO VERSION |
| --- |



LINK:

https://www.mozaico.com/collections/mosaic-patterns/products/mosaics-designs_patterns_
spheres-prism-geometric-mosaic-wallpaper_mg288

| NEW RAVENNA VERSION - RINGLET |
| --- |



PRODUCTS FOUND AT: HTTPS://WWW.MOZAICO.COM/

| MOZAICO VERSION |
|---|
|  |

LINK:

[https://www.mozaico.com/collections/mosaic-patterns/products/mosaics-designs_patterns_art-work-accent-tile-kesha_msa307](https://www.mozaico.com/collections/mosaic-patterns/products/mosaics-designs_patterns_art-work-accent-tile-kesha_msa307)

| NEW RAVENNA VERSION - SINE WAVE |
|---|
|  |



William R. Poynter, Esq.
757-238-6383
wpoynter@kaleolegal.com

November 9, 2022

**VIA UPS**
Shady Tawil, CEO
MOZAICO, INC.
1591 Lighthouse Drive
Naperville, Illinois, 60565
info@mozaico.com

With a copy to:
Legalinc Corporate Services Inc.
651 N. Broad Street.
Suite 201
Middletown, DE 19709

<b>Re: Willful Trademark and Copyright Infringement</b>

Dear Sir:

This firm represents New Ravenna, which is America's premier designer and manufacturer of stone and glass mosaic tiles for both residential and commercial installations. New Ravenna mosaic tile designs are sold through nearly 200 exclusive designer showrooms across the country and internationally, and the company provides design services along with on-site supervision of installations. New Ravenna mosaics have been featured in national architectural and interior design magazines and are found in homes, restaurants, hotels, casinos and businesses around the world.

New Ravenna is the exclusive owner of all copyrights and other intellectual property rights in the mosaic tile designs and marks that appear on the New Ravenna website at www.newravenna.com ("New Ravenna Designs"). As a result of New Ravenna's exclusive and widespread advertising, use and promotion over more than twenty years, the New Ravenna Designs are widely recognized by consumers as a designation of New Ravenna's goods and services, and New Ravenna has developed extensive goodwill in its New Ravenna Designs. What is more, New Ravenna created and registered five designs: Chinoiserie, Reina, Avila, Stratum, and Reptile (collectively the "Copyrighted Works"). Plaintiff is the owner of valid and subsisting United States Copyright Registration Nos. VA0002111243, VA0002111244, VA0002111246, VA0002164004, VA0002085265, VA0002318549, and VA0002321306, which, respectively, cover the Copyrighted Works.

New Ravenna has previously informed you of your infringement of several of its copyrighted designs on multiple occasions dating back as early as May 12, 2015. Unfortunately, it has yet again come to our attention that you are offering a multitude of mosaic tile designs that are identical and/or substantially similar to many of the New Ravenna Designs, through a number of online websites in addition to your own. **Exhibit A.** In light of your repeated use of New Ravenna designs, despite multiple similar letters from New Ravenna in the past demanding that you cease and desist from using the infringing designs, New Ravenna has filed the enclosed Complaint in

November 9, 2022
Mozaico
Page 2

the Eastern District of Virginia, Norfolk Division, Case Number 2:22-cv-465. **Exhibit B.** In the Complaint, among other remedies, New Ravenna seeks preliminary and permanent injunctive relief against further infringement, an award of Mozaico's profits, an award of actual or statutory damages, and an award of its reasonable attorneys' fees and costs. New Ravenna is not serving the complaint at this time, but merely providing you with a courtesy copy for reference. New Ravenna prefers to avoid litigation at this time, but it cannot permit this continued infringement to persist.

In addition, in light of New Ravenna's claims, at this time we hereby demand that Mozaico, Inc. and its affiliates and any and all officers, employees, members, managers, consultants, agents, attorneys, and representatives, take action to preserve all potentially relevant documents and information, regardless of the form in which it is stored, and electronically stored information and to prevent the intentional or accidental deletion or spoilation of any evidence that in any manner relates to this case and the allegations that have been raised.

New Ravenna has attempted to resolve these matters with you on several occasions. We request that you contact us as soon as possible to discuss resolution of this matter. If this matter is not resolved by December 1, 2022, New Ravenna will assume that you do not wish to resolve this matter outside of litigation and will formally serve you with a copy of the Complaint.

Very truly yours,

William R. Poynter

cc:     New Ravenna, LLC

EXHIBIT C

# Instagram

Search

Log In

Sign Up



 mozaico · Follow

···

mozaico Step Into A World Of Vibrant Beauty! Explore This Captivating Floral Pattern Mosaic Art & Find Yourself Lost In Its Intricate Details. ✨🌺
.
.
.
#mozaico #mosaics #mosaicartwork #mosaicartist #mozaics #mozaika #mozaicwallart #mosaicdesigns #mosaicworkshop #wallart #tileart #tiledesign #stoneart #artwork #artoftheday #handmade #handmadeart #homedecor #inspirationalart #inspireart #mosaiclover #art #design #patterns #floral #flower #patterndesign #floraldesign #simplicity #artistic

Edited · 5w

77 likes

JULY 1

Log in to like or comment.

Meta   About   Blog   Jobs   Help   API   Privacy   Terms   Top Accounts   Locations   Instagram Lite   Threads   Contact Uploading & Non-Users   Meta Verified

English ∨   © 2023 Instagram from Meta

# EXHIBIT D

# facebook

Log In

**Mozaico Art**
July 1 · 🌐

Step Into A World Of Vibrant Beauty! Explore This Captivating Floral Pattern Mosaic Art & Find Yourself Lost In Its Intricate Details. ✨🧨
.
.
.
#mozaico #mosaics #mosaicartwork #mosaicartist #mozaics #mozaika #mozaicwallart #mosaicdesigns #mosaicworkshop #wallart #tileart #tiledesign #stoneart #artwork #artoftheday #handmade #handmadeart #homedecor #inspirationalart #inspireart #mosaiclover #art #design #patterns #floral #flower



👍 5

👍 Like          💬 Comment