Case 2:24-cv-00172-EWH-LRL   Document 1-10   Filed 03/15/24   Page 1 of 2 PageID# 129



# Instagram

mozaico • Follow

**mozaico** Step Into A World Of Vibrant Beauty! Explore This Captivating Floral Pattern Mosaic Art & Find Yourself Lost In Its Intricate Details. ✨🌺
.
.
.
#mozaico #mosaics #mosaicartwork #mosaicartist #mozaics #mozaika #mozaicwallart #mosaicdesigns #mosaicworkshop #wallart #tileart #tiledesign #stoneart #artwork #artoftheday #handmade #handmadeart #homedecor #inspirationalart #inspireart #mosaiclover #art #design #patterns #floral #flower #patterndesign #floraldesign #simplicity #artistic

Edited · 5w

77 likes
JULY 1

Log in to like or comment.

Meta   About   Blog   Jobs   Help   API   Privacy   Terms   Top Accounts   Locations   Instagram Lite   Threads   Contact Uploading & Non-Users   Meta Verified

English   © 2023 Instagram from Meta

https://www.instagram.com/p/CuKf1PJs_ia/   1/1

8/9/23, 1:33 PM
Mozaico Art - Step Into A World Of Vibrant Beauty! Explore... | Facebook

Case 2:24-cv-00172-EWH-LRL Document 1-10 Filed 03/15/24 Page 2 of 2 PageID# 130

facebook

Log In



**Mozaico Art**
July 1

Step Into A World Of Vibrant Beauty! Explore This Captivating Floral Pattern Mosaic Art & Find Yourself Lost In Its Intricate Details. ✨🌺
.
.
.
#mozaico #mosaics #mosaicartwork #mosaicartist #mozaics #mozaika #mozaicwallart #mosaicdesigns #mosaicworkshop #wallart #tileart #tiledesign #stoneart #artwork #artoftheday #handmade #handmadeart #homedecor #inspirationalart #inspireart #mosaiclover #art #design #patterns #floral #flower

👍 5

Like    Comment