houzz | Get Ideas | Find Professionals | Shop Products | Search Houzz | Spring Renovation Sale | 0 | Sign In | Join as a Pro

All Products > Bath > Tile > Tile Murals



**Mosaic Designs, Birds And Florals, 24"x35"**
By Mozaico
**$679**

Free Shipping
Est. Delivery: Apr. 21 - May. 15 (to 23502)

4 Sizes: 24" x 35"

Qty: 1

**Add to Cart**

**Product Description** | Product Specifications | Shipping and Returns

This striking mosaic wall art displays two birds on a floral tree twig. You can almost hear the birds singing a mosaic to move any wall from boring to bold. With subtle colors this mosaic artwork will allow you to blend in easily with any color scheme or home decor style.

Read More

## Visually Similar Products
Page 1 of 3

         

| Mosaic Designs, Birds And Florals, 31"x46" $1,041 | Mosaic Wall Art, Soft Birds, 51"x61" $2,375 | Mosaic Mural, Birds And Branches, 18"x30" $481 | Tile Mural, Clown And Trigger Fish by Linda Lord $150 | Golden Posy Mosaic Design $4,114 | Wassily Kandinsky Abstract Painting Ceramic Tile Mural... $1,800 | Mosaic Designs - Goldy Posy, 41x31 $943 | Mosaic Art, Autumn Flowers, 31"x41" $943 | Tile Mural, Lobster Chef by Malenda Trick $150 | Tile Mural, Abstract Art Colorful Glossy $240 |

## Related Products
Page 1 of 3

         

| Greco-Roman Floral Mosaic - Dela, 24"x24" ★★★★★ (2) $477 | 11.5"x13.88" Colette Aluminum Mosaic Tile Sheet, Silver and... $16.47/sq ft. | Checkerboard Square 12" x 12" Porcelain Mosaic Tile ★★★★★ (1) $19.02/sq ft. | Tribeca Hex 2" 12 5/8" x 11-1/8" Porcelain Mosaic Til... ★★★★★ (3) $19.02/sq ft. | BEST SELLER Glazed Porcelain Mosaic Tile Sheet Sevilla KitKat Finger... ★★★★★ (29) $21.37/sq ft. | 3x6 Carrara Marble Subway Tile Polished Venato Bianco Whit... ★★★★☆ (17) $12.99/sq ft. | 10.25"x10.25" Halibon Mosaic Tile Sheet, White ★★★★★ (1) $11.62/sq ft. | Strawberry Fields 11-5/8" x 11-5/8" Porcelain Mosaic Tile ★★★★★ (2) $19.81/sq ft. | 2x12 Carrara Marble Tile Polished Venato Bianco White Wall &... ★★★★☆ (13) SALE $13.99/sq ft. $18.99/sq ft. | Metro Hex 1" 11" Porcelain Mosaic Tile, Matte W... ★★★☆☆ $16.48/sq ft. |

## Best Seller Products
Page 1 of 3

       

| BEST SELLER Mosaic Tile Art, Autumn Garden, 24"x40" ★★★★☆ (9) $897 | BEST SELLER Mosaic Artwork, Horse, 35"x35" ★★★★★ (1) $884 | BEST SELLER Tile Mural Kitchen Backsplash Spicy-RB by Rita Broughton ★★★★☆ (12) $659 | BEST SELLER Abstract Snake Pattern Mosaic, 31"x40" ★★★★★ (1) $889 | BEST SELLER Tile Mural Kitchen Backsplash Tuscan Wine by Rita... ★★★★★ (6) $659 | BEST SELLER Olives and Cheese Backsplash Mural, Copper ★★★★★ (3) $699 | BEST SELLER Mosaic Artwork, Tangled Lizards, 24"x24" ★★★★★ (1) $477 | BEST SELLER Tile Mural Kitchen Backsplash Spicy-RB by Rita Broughton ★★★★☆ (12) $611 | BEST SELLER Mosaic Wall Art, Shimmy Lilly, 28"x55" ★★★★★ (3) $1,107 | BEST SELLER Ceramic Tile Backsplash, Olives and Pots by... ★★★☆☆ $575 |

## Featured Products
Sponsored
Page 1 of 3

       

| BEST SELLER Mosaic Tile Art, Autumn Garden, 24"x40" ★★★★☆ (9) | Mosaic Tile Art, Vermont Red, 63"x94" $3,594 | Gustav Klimt Gaze", Mosaic Reproduction, 46"x92" $3,084 | Mosaic Rug Tile, Swirl, 43"x24" $795 | Colosseum Marble Mosaic Art, 36"x61" $1,534 | "The Kiss" by Gustav Klimt - Glass Mosaic Reproduction $3,587 | Mosaic Designs - Goldy Posy, 24" X 32" $620 | Mosaic Designs, Noble, 20"x31" ★★★★★ (2) | Roman Flower Mosaic, Rida Ii, 24"x24" $477 | "White Daisy" Mosaic Art, A... $639 |

## Frequently Bought Together

Page 1 of 3


Arte Encaustic Porcelain Floor and Wall Tile, Grey
★★★★☆ (597)
**SALE**
$11.40/sq ft.
$13.14/sq ft.


Arte White Porcelain Floor and Wall Tile, 511.06 sq. ft./pallet
★★★★☆ (597)
$11.40/sq ft.


**BEST SELLER**
Cloe 2.5"x8" Artisan Ceramic Subway Tile, White
★★★★☆ (356)
$11.20/sq ft.


**BEST SELLER**
Luxury Modern Nickel Ribbed Glass Bathroom Light,...
★★★★★ (51)
$249


**BEST SELLER**
Cloe 2.5"x8" Artisan Ceramic Subway Tile, Green
★★★★☆ (356)
$10.75/sq ft.


**BEST SELLER**
Sorenson Western Horses Ceramic Tile Mural Backsplash
★★★★★ (9)
$363


**BEST SELLER**
Madrona 3 Light LED Bath and Vanity Light Clear Seedy, Black
★★★★☆ (48)
$250


**BEST SELLER**
Cecily Pattern Polished Marble Pattern Marble
★★★★★ (7)
$25.26/sq ft.

4.2x4.2 9 pcs Cobalt Blue Talavera Mexican Tile
★★★★☆ (7)
$34

Blue Stone Polished Ma... Border 4x12
★
$35



### Trending in Bath
Express your style with dreamy fixtures, vanities and more.

Shop Now →

## Customer Reviews

Write a Review

Did you purchase this product? Write a review to let us know what you think!



**This Product Has Been Described As:**

cheap mosaic tile · craft mosaic tiles · marble mosaic tile · mosaic designs - birds and florals · glass mosaic tile · mosaic glass tile · mosaic tile backsplash · mosaic tile company · mosaic tile patterns · mosaic tile shop · Mosaic Tile Supplies · mosaic tiles · mosaic tiles cheap · stone mosaic tile

At Houzz we want you to shop for Mozaico Mosaic Designs, Birds And Florals, 24"x35" with confidence. You can read real customer reviews for this or any other product and even ask questions and get answers from us or straight from the brand. When you buy Mozaico Mosaic Designs, Birds And Florals, 24"x35" or any other product product online from us, you become part of the Houzz family and can expect exceptional customer service every step of the way. If you have questions about Mozaico or any other product for

Read More ∨

**Explore Similar Tile Murals**

Contemporary Tile Murals · 32 to 39 Inch Long Tile Murals · Contemporary 32 to 39 Inch Long Tile Murals · Animal-Themed Tile Murals · Landscape-Themed Tile Murals · Traditional Tile Murals · Farmhouse Tile Murals · Rustic Tile Murals · Mediterranean Tile Murals · Ceramic Tile Murals

