All Products > Bath > Tile > Tile Murals



## Mosaic Designs, Birds And Florals, 31"x46"
By Mozaico

**$1,041**

Free Shipping
Est. Delivery: Apr. 21 - May. 15 (to 23502)

4 Sizes: 46" x 31"

Qty: 1

**Add to Cart**

### Product Description | Product Specifications | Shipping and Returns

This striking mosaic wall art displays two birds on a floral tree twig. You can almost hear the birds singing a mosaic to move any wall from boring to bold. With subtle colors this mosaic artwork will allow you to blend in easily with any color scheme or home decor style.

Read More

### Visually Similar Products
Page 1 of 3

 Mosaic Wall Art, Soft Birds, 51"x61" — $2,375
 Mosaic Mural, Birds And Branches, 18"x30" — $481
 Tile Mural, Clown And Trigger Fish by Linda Lord — $150
 Golden Posy Mosaic Design — $4,114
 Wassily Kandinsky Abstract Painting Ceramic Tile Mural... — $1,800
 Mosaic Designs - Goldy Posy, 41"x31" — $943
 Mosaic Art, Autumn Flowers, 31"x41" — $943
 Tile Mural, Lobster Chef by Malenda Trick — $150
 Tile Mural, Abstract Art Colorful Ceramic Glossy — $240
 Tile Mural Abstract Art Colorful K... Backsplash — $172

### Related Products
Page 1 of 3

 10.5"x10.5" Poppy Bubble Glass Mosaic Tile Sheet, Cloud... ★★★★½ (2) $23.10/sq ft.
 Tessera Subway Glass/Stone Wall Tile (9.0 sqft./case) ★★★★★ (1) $26.64/sq ft.
 11.75"x11.75" Breck Mosaic Tile Sheet, Purple ★★★★★ (2) SALE $13.35/sq ft. $14.90/sq ft.
 11.75"x11.75" Seasons Mosaic Tile Sheet, Autumn ★★★★★ (1) SALE $14.30/sq ft. $15.94/sq ft.
 10.5"x11.25" Alaster Mosaic Tile Sheet, White — $14.80/sq ft.
 11.75"x11.75" Devra Mixed Mosaic Tile Sheet, White Carrar... — $17.68/sq ft.
 Checkerboard Square 12" x 12" Porcelain Mosaic Tile ★★★★★ (1) $19.02/sq ft.
 11.5"x13.88" Colette Aluminum Mosaic Tile Sheet, Silver and... — $16.47/sq ft.
 11.75"x11.75" Brookes Glass Mosaic Tile Sheet, Blue ★★★★½ (3) $15.46/sq ft.
 11.75"x11.75" Mosaic Tile Sh... Green ★ (1) SALE $13.35/sq ft. $14.90/sq ft.

### People Also Liked
Page 1 of 3

 Mosaic Designs, Birds And Florals, 47"x71" — $2,030
 Mosaic Designs, Birds And Florals, 35"x53" — $1,336
 Mosaic Mural, Birds And Branches, 35"x59" — $1,467
 Mosaic Mural, Birds And Branches, 23"x39" — $715
 Mosaic Patterns-Toscana, 28"x46" — $957
 Mosaic Designs, Nutella Fish, 16"x20" — $346
 Mosaic Flower Stone Rug, 71"x91" — $4,488
 Mosaic Designs, Colorful Butterfly, 31"x40" — $946
 Mosaic Wall Art, Flower Vase of Lisa, 41"x51" — $1,885
 Mosaic Wall... Birds, 79"x9... — $5,150

### Featured Products
Sponsored
Page 1 of 3

 Greco-Roman Floral Mosaic - Dela, 35" X 35" ★★★★★ (2) $884
 Mosaic Designs, Noble, 20"x31" ★★★★★ (2) $514
 Mosaic Tile Art, Vermont Red, 63"x94" — $3,504
 Mosaic Designs, Pastel Calla Lilly Flower, 16"x28" — $426
 Arthur Hughes Waterfront Painting Ceramic Tile Mural... — $360
 Flowers in a Vase - Floral Mosaic — $2,837
 BEST SELLER Mosaic Tile Art, Autumn Garden, 24"x40" ★★★★½ (9) $907
 Bird Mosaic Art - Mural Mosaic — $1,602
Mosaic Rug Tile, Swirl, 43"x24" — $795
Mosaic Mo... Cazorla — $3,687











**houzz**  Get Ideas ▾   Find Professionals ▾   Shop Products ▾   [Search Houzz]   ⬥ Spring Renovation Sale   🛒 0   👤 Sign In   | Join as a Pro |

All Products > Bath > Tile > Tile Murals



### Mosaic Designs, Birds And Florals, 47"x71"
By Mozaico

**$2,030**

🚚 Free Shipping
Est. Delivery: Apr. 21 - May. 15 (to 23502)


4 Sizes: 71" x 47"   ▾

Qty: 1 ▾   | **Add to Cart** |

---

**Product Description**   Product Specifications   Shipping and Returns

This striking mosaic wall art displays two birds on a floral tree twig. You can almost hear the birds singing a mosaic to move any wall from boring to bold. With subtle colors this mosaic artwork will allow you to blend in easily with any color scheme or home decor style.

Read More ▾

---

### Customers Also Viewed
Page 1 of 3

         

| Mosaic Designs - Goldy Posy, 41x31 | Mosaic Designs, Birds And Florals, 35"x53" | Mosaic Artwork, Petal Heron, 28"x48" | Mosaic Designs, Mollusco, 16"x24" ★★★★★ (1) | Abstract Mosaic Art of Ocean and Waves, 24"x59" ★★★★★ (2) | Simple Mosaic Ocean and Sky Art, 71"x94" | Floral Wallpaper Mosaic, Lallana, 59"x74" | Aquatic Ocean Scene Glass Mosaic Pool Tiles, 79"x118" ★★★★★ (1) | Tile Mural, Wine Cellar by Kathleen Parr Mckenna ★★★★★ (1) | Mosaic Artwork, Pluto With Mr. Donald |
| $943 | $1,336 | $1,210 | $386 | $1,028 | $3,924 | $2,432 | $5,397 | $225 | $3,082 |

### Visually Similar Products
Page 1 of 3

         

| Mosaic Designs, Birds And Florals, 31"x46" | Mosaic Wall Art, Soft Birds, 51"x61" | Mosaic Mural, Birds And Branches, 18"x30" | Tile Mural, Clown And Trigger Fish by Linda Lord | Golden Posy Mosaic Design | Wassily Kandinsky Abstract Painting Ceramic Tile Mural... | Mosaic Designs - Goldy Posy, 41x31 | Mosaic Art, Autumn Flowers, 31"x41" | Tile Mural, Lobster Chef by Malenda Trick | Tile Mural, Abstract Art Colorful Glossy |
| $1,041 | $2,375 | $481 | $150 | $4,114 | $1,800 | $943 | $943 | $150 | $240 |

### Related Products
Page 1 of 3

         

| 10.5"x10.5" Poppy Bubble Glass Mosaic Tile Sheet, Cloud... ★★★★½ (2) $23.10/sq ft. | 11.75"x11.75" Breck Mosaic Tile Sheet, Purple ★★★★★ (2)  SALE $13.35/sq ft. $14.90/sq ft. | 11.75"x11.75" Seasons Mosaic Tile Sheet, Autumn ★★★★★ (1)  SALE $14.30/sq ft. $15.94/sq ft. | Glazed Porcelain Mosaic Tile Sheet Sevilla 3.5"x0.5"... $14.98/sq ft. | 11.75"x11.75" Devra Mixed Mosaic Tile Sheet, White Carrar... $17.68/sq ft. | 11.5"x13.88" Colette Aluminum Mosaic Tile Sheet, Silver and... $16.47/sq ft. | Checkerboard Square 12" x 12" Porcelain Mosaic Tile ★★★★★ (1) $19.02/sq ft. | BEST SELLER Glazed Porcelain Mosaic Sheet Sevilla 3.5"x0.5" Mini KitKat... ★★★★★ (40) $19.93/sq ft. | Glazed Porcelain Mosaic Tile Sheet Sevilla 3.5"x0.5" Mi... ★★★★½ (42) $14.98/sq ft. | 11.75"x12.75" Mixed Mosaic Tile Sheet, Gray ★★★★★ $14.80/sq ft. |

### Featured Products
Sponsored
Page 1 of 3

        

| Mosaic Tile Patterns, White Swans, 31"x31" ★★★★★ (2) | Roman Flower Mosaic, Rida Ii, 24"x24" | Religious Art Mosaic - Josephine Bakhita | Mosaic Medallion, The Starry Night, 39"x39" | Marble Mosaic Carpet - Rose | Mosaic Rug Tile, Swirl, 43"x24" | Mosaic Kitchen Backsplash, Tea Kettle, 35"x39" | Greco-Roman Floral Mosaic - Dela, 35" X 35" | Mosaic Designs, Flowery Fairy, 47"x89" | Abstract Mosaic Colorful Abstract Design |
| $477 | $1,270 | $1,426 | $2,030 | $795 | $1,028 | $2,504 | $894 |

### People Also Liked
Page 1 of 3


Mosaic Designs, Birds And Florals, 35"x53"
$1,336


Mosaic Designs, Birds And Florals, 31"x46"
$1,041


Mosaic Mural, Birds And Branches, 35"x59"
$1,467


Mosaic Designs, Colorful Butterfly, 31"x40"
$946


Mosaic Patterns- Toscana, 28"x46"
$957


Mosaic Mural, Birds And Branches, 23"x39"
$715


Mosaic Wall Art, Flower Vase of Lisa, 41"x51"
$1,885


Mosaic Flower Stone Rug, 71"x91"
$4,488


Mosaic Designs, Phasianidae, 12"x20"
$299

Handmade Mosaic, Black, 31"x51"
$1,070

### Recently Viewed Products
Page 1 of 1


Mosaic Designs, Birds And Florals, 31"x46"
$1,041


Mosaic Designs, Birds And Florals, 24"x35"
$679



## Trending in Bath
Express your style with dreamy fixtures, vanities and more.

Shop Now →

### Customer Reviews
Write a Review

Did you purchase this product? Write a review to let us know what you think!



**This Product Has Been Described As:**
cheap mosaic tile ·craft mosaic tiles ·marble mosaic tile ·mosaic designs - birds and florals·glass mosaic tile ·mosaic glass tile ·mosaic tile backsplash ·mosaic tile company ·mosaic tile patterns ·mosaic tile shop ·Mosaic Tile Supplies ·mosaic tiles ·mosaic tiles cheap ·stone mosaic tile

At Houzz we want you to shop for Mozaico Mosaic Designs, Birds And Florals, 47"x71" with confidence. You can read real customer reviews for this or any other product and even ask questions and get answers from us or straight from the brand. When you buy Mozaico Mosaic Designs, Birds And Florals, 47"x71" or any product product online from us, you become part of the Houzz family and can expect exceptional customer service every step of the way. If you have questions about Mozaico or any other product for

Read More ⌄

**Explore Similar Tile Murals**

Contemporary Tile Murals · Animal-Themed Tile Murals · Landscape-Themed Tile Murals · Traditional Tile Murals · Farmhouse Tile Murals · Rustic Tile Murals · Mediterranean Tile Murals · Ceramic Tile Murals · Marble Tile Murals · 24 to 31 Inch Long Tile Murals


Be the first to know about price drops, new styles, and exclusive coupons — your home will thank you.

Email | Submit

Terms of Use | Privacy Policy



**COMPANY**
- United States
- © 2024 Houzz Inc.
- About Houzz
- Houzz Credit Cards
- Gift Cards
- Careers
- Privacy & Notice
- Terms
- Cookie Policy
- Your Privacy Choices
- Mobile Apps
- Copyright & Trademark

**BUSINESS SERVICES**
- For Professionals
- Houzz vs. Houzz Pro
- Houzz Pro vs. Ivy
- Houzz Pro Advertising Reviews
- Houzz Pro 3D Floor Planner Reviews
- For Brands
- Trade Program
- Buttons & Badges

**GET HELP**
- Your Orders
- Shipping & Delivery
- Return Policy
- Houzz Canada
- Review Professionals
- Suggested Professionals
- Accessibility
- Houzz Support
- Contact
- Sign In

**CONNECT WITH US**
- Houzz Blog
- Twitter
- Facebook
- YouTube
- RSS



All Products > Bath > Tile > Tile Murals



**Mosaic Designs, Birds And Florals, 35"x53"**
By Mozaico

**$1,336**

Free Shipping
Est. Delivery: Apr. 21 - May. 15 (to 23502)

4 Sizes: 53" x 35"

Qty: 1      **Add to Cart**

---

**Product Description**   Product Specifications   Shipping and Returns

This striking mosaic wall art displays two birds on a floral tree twig. You can almost hear the birds singing a mosaic to move any wall from boring to bold. With subtle colors this mosaic artwork will allow you to blend in easily with any color scheme or home decor style.

Read More ˅

---

### Visually Similar Products                                                    Page 1 of 3

         

| Mosaic Designs, Birds And Florals, 31"x46" | Mosaic Wall Art, Soft Birds, 51"x61" | Mosaic Mural, Birds And Branches, 18"x30" | Tile Mural, Clown And Trigger Fish by Linda Lord | Golden Posy Mosaic Design | Wassily Kandinsky Abstract Painting Ceramic Tile Mural... | Mosaic Designs - Goldy Posy, 41x31 | Mosaic Art, Autumn Flowers, 31"x41" | Tile Mural, Lobster Chef by Malenda Trick | Tile Mural, Abstract Art Colorful Glossy |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $1,041 | $2,375 | $481 | $150 | $4,114 | $1,800 | $943 | $943 | $150 | $240 |

---

### Related Products                                                              Page 1 of 3

         

| 10.5"x10.5" Poppy Bubble Glass Mosaic Tile Sheet, Cloud... | 11.75"x11.75" Breck Mosaic Tile Sheet, Purple | Glazed Porcelain Mosaic Sheet Sevilla KitKat Fingers 6"x1"... | 11.06"x12.8" Unglazed Porcelain Mosaic Tile Sheet London... | Glazed Porcelain Mosaic Sheet Sevilla 3.5"x0.5" Mini KitKat... | Glazed Porcelain Mosaic Sheet Sevilla KitKat Finger... | Glazed Porcelain Mosaic Sheet Sevilla KitKat Finger... | 11.75"x11.75" Seasons Mosaic Tile Sheet, Autumn | Glazed Porcelain Mosaic Tile Sheet Sevilla KitKat Finger... | 11.75"x11.75" Mixed Mosaic Sheet, White... |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ★★★★½ (2) | ★★★★★ (2) | ★★★★★ (28) | ★★★★★ (3) | ★★★★★ (40) | ★★★★★ (1) | ★★★★★ (36) | ★★★★★ (1) | ★★★★★ (29) | |
| $23.10/sq ft. | **SALE** $13.35/sq ft. $14.90/sq ft. | $21.89/sq ft. | $18.47/sq ft. | $19.93/sq ft. | $21.89/sq ft. | $21.89/sq ft. | **SALE** $14.30/sq ft. $15.94/sq ft. | $21.37/sq ft. | $17.68/sq ft. |

---

### People Also Liked                                                              Page 1 of 3

         

| Mosaic Designs, Birds And Florals, 47"x71" | Mosaic Designs, Birds And Florals, 31"x46" | Michelangelo Creation of Adam", Mosaic Reproductio... | Mosaic Art Reproduction, Gustav Klimt Tree of Life",... | Mosaic Artwork, Petal Heron, 28"x48" | Floral Marble Mosaic, Jacinth Iv, 35"x35" | Glass Mosaic Artwork, Vivid Garden, 61"x92" | Mosaic Mural, Birds And Branches, 35"x59" | Mosaic Designs, Hunting Eagle, 31"x51" | Mosaic Pattern, Rose Flower... |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $2,030 | $1,041 | $779 | $1,627 | $1,210 | $884 | $3,337 | $1,467 | $1,140 | $2,383 |

---

### Featured Products                                                              Page 1 of 3
Sponsored

       

| Mosaic Tile Art, Vermont Red, 63"x94" | Marble Mosaic Carpet - Rose | Flower Mosaic Square, Ella, 24"x24" | Mosaic Designs, Noble, 20"x31" | Mosaic Monogram - Cazorla | The Zebra Stripes Mosaictile Patterns, 24"x35" | Geometric Mosaic - Five Red Flowers | Abstract Glass Mosaic - Anastasia II | Mosaic Tile Art, Autumn Garden, 24"x40" | Floral Mosaic Pops |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $3,504 | $2,030 | $477 | | | ★★★★★ (2) | | ★★★★★ (2) | ★★★★★ (9) | |
| | | | | $3,687 | $641 | $477 | $3,830 | | $775 |

## Best Seller Products

Page 1 of 3

| Mosaic Tile Art, Autumn Garden, 31"x54" | Mosaic Wall Art, Shimmy Lilly, 28"x55" | Mosaic Tile Art, Autumn Garden, 24"x40" | Abstract Snake Pattern Mosaic, 31"x40" | Mosaic Artwork, Horse, 35"x35" | Mosaic Art, Romantic Herons, 31"x39" | Versace Logo Mosaic Design, 47" X 47" | Albrecht Durer Illustration Painting Ceramic Tile Mural… | Albrecht Durer Illustration Painting Ceramic Tile Mural… | Arabesque Mosaic Rug Mosaic, 79" X 47" |
|---|---|---|---|---|---|---|---|---|---|
| (9) $1,454 | (3) $1,107 | (9) $897 | (1) $889 | (1) $884 | (2) $897 | (1) $1,602 | (1) $1,800 | (1) $900 | $2,091 |

## Recently Viewed Products

Page 1 of 1

| Mosaic Designs, Birds And Florals, 47"x71" | Mosaic Designs, Birds And Florals, 31"x46" | Mosaic Designs, Birds And Florals, 24"x35" |
|---|---|---|
| $2,030 | $1,041 | $679 |

### Trending in Bath

Express your style with dreamy fixtures, vanities and more.

Shop Now →

## Customer Reviews

Write a Review

Did you purchase this product? Write a review to let us know what you think!

**This Product Has Been Described As:**

cheap mosaic tile · craft mosaic tiles · marble mosaic tile · mosaic designs - birds and florals · glass mosaic tile · mosaic glass tile · mosaic tile backsplash · mosaic tile company · mosaic tile patterns · mosaic tile shop · Mosaic Tile Supplies · mosaic tiles · mosaic tiles cheap · stone mosaic tile

At Houzz we want you to shop for Mozaico Mosaic Designs, Birds And Florals, 35"x53" with confidence. You can read real customer reviews for this or any other product and even ask questions and get answers from us or straight from the brand. When you buy Mozaico Mosaic Designs, Birds And Florals, 35"x53" or any product product online from us, you become part of the Houzz family and can expect exceptional customer service every step of the way. If you have questions about Mozaico or any other product for

Read More ⌄

**Explore Similar Tile Murals**

Contemporary Tile Murals · 48+ Inch Long Tile Murals · Contemporary 48+ Inch Long Tile Murals · Animal-Themed Tile Murals · Landscape-Themed Tile Murals · Traditional Tile Murals · Farmhouse Tile Murals · Rustic Tile Murals · Mediterranean Tile Murals · Ceramic Tile Murals

Be the first to know about price drops, new styles, and exclusive coupons — your home will thank you.

[Email] Submit

Terms of Use | Privacy Policy

### COMPANY
About Houzz
Houzz Credit Cards
Gift Cards
Careers
Privacy & Notice
Terms
Cookie Policy
Your Privacy Choices
Mobile Apps
Copyright & Trademark

### BUSINESS SERVICES
For Professionals
Houzz vs. Houzz Pro
Houzz Pro vs. Ivy
Houzz Pro Advertising Reviews
Houzz Pro 3D Floor Planner Reviews
For Brands
Trade Program
Buttons & Badges

### GET HELP
Your Orders
Shipping & Delivery
Return Policy
Houzz Canada
Review Professionals
Suggested Professionals
Accessibility
Houzz Support
Contact
Sign In

### CONNECT WITH US
Houzz Blog
Twitter
Facebook
YouTube
RSS

United States
© 2024 Houzz Inc.

# houzz

All Products  >  Bath  >  Tile  >  Tile Murals



## Mosaic Tile Art, Blue Bird in petal 35"x35"

**Visit Store**

**Product Specifications**

| | |
|---|---|
| Product ID | 147722469 |
| Sold By | Mozaico Inc |
| Size/Weight | W 35" / D 0.31" / H 35" / 32.14 lb. |
| Color | Multi-color |
| Materials | Marble |
| Assembly Required | No |
| Category | Tile Murals |
| Style | Contemporary |

3/14/24, 4:38 PM     Case 2:24-cv-00172-EWH-LRL   Document 1-13   Filed 03/15/24   Page 8 of 11 PageID# 142
Mosaic Tile Art, Blue Bird in petal - Contemporary - Tile Murals - by Mozaico Ltd. | Houzz

Page 1 of 5

## Visually Similar Products



Tile Mural Kitchen Backsplash Indigo Bunting by Jeanette...
$461



Bird Ceramic Tile Wall Mural HZ500208-34XL. 36" x 48"
$720

Tile Mural Kitchen Backsplash Yellow Throated Warbler b...
$124



Tile Mural, Blue And Yellow Macaws 2 by Harro Maass
$150

Tile Mural blue bran Kitchen B
$63

## Related Products

Page 1 of 5



Glazed Porcelain Mosaic Sheet Sevilla 3.5"x0.5" Mini KitKat...
$19.93/sq ft.



Glazed Porcelain Mosaic Tile Sheet Sevilla 3.5"x0.5"...
$14.98/sq ft.



11.06"x12.8" Unglazed Porcelain Mosaic Tile Sheet London...
★★★★★ (3)
$18.47/sq ft.



11"x12.8" Glazed Porcelain Mosaic Tile Sheet Barcelona...
★★★★½ (4)
$13.98/sq ft.



11.06"x12.8 Mosaic Ti Barcelona
★★★★½
$13.98/s

## Featured Recommendations for You
Page 1 of 5

    

Tile Mural, Southwest Buffalo by Dan Morris
★★★★★ (2)
$300

Tile Mural, Blueberries 2 by Paul Brent
$150

Tile Mural, Dragonfly by Paul Brent
★★★★★ (1)
$113

Tile Mural, Cautious by Cynthie Fisher
$300

Tile Mural, Square O... Cynthie F...
★★★★½
$250

## Featured Products
Page 1 of 4

Sponsored

    

Mosaic Designs, Noble, 20"x31"
★★★★★ (2)
$514

Mosaic Tile Art, Vermont Red, 63"x94"
$3,504

Bird On Flower - Mosaic Artwork
$645

White Dove - Mosaic Medallion
$2,162

Abstract M... Colorful A... Design
$884

3/14/24, 4:35 PM
Mosaic Tile Art, Blue Bird in petal - Contemporary - Tile Murals - by Mozaico of Inc. | Houzz
Case 2:24-cv-00172-EWH-LRL   Document 1-13   Filed 03/15/24   Page 10 of 11 PageID# 144

## 4 Stars and Higher

Page 1 of 4







Mosaic Art, Romantic Herons, 35"x44"
★★★★★ (2)
$1,142

Tile Mural, Cafe 2 by Malenda Trick
★★★★★ (1)
$375

Tile Mural, Southwest Buffalo by Dan Morris
★★★★★ (2)
$300

Floral Mosaic Medallion, Huda, 35"x35"
★★★★★ (2)
$884

Alphonse Poster Art Ceramic T
★★★★½
$450

## Recently Viewed Products

Page 1 of 1



Mosaic Designs, Birds And Florals, 35"x53"
$1,336

### Trending in Bath

Express your style with dreamy fixtures, vanities and more.

Shop Now →



3/14/24, 4:55 PM
Mosaic Tile Art, Blue Bird in petal - Contemporary - Murals - by Mozaico of Inc. | Houzz
Case 2:24-cv-00172-EWH-LRL Document 1-13 Filed 03/15/24 Page 11 of 11 PageID# 145

## Customer Reviews

Write a Review

Did you purchase this product? Write a review to let us know what you think!



**This Product Has Been Described As:**

mosaic art ·mosaic art pattern ·mosaic art tile ·mosaic border ·Mosaic designs ·mosaic mural ·mosaic pattern ·mosaic patterns ·mosaic tile ·mosaic tile backsplash ·mosaic tile company ·mosaic tile patterns ·mosaic tile shop ·mosaic wall art ·mosaic wall murals ·pool mosaic ·pool mosaics

At Houzz we want you to shop for Mosaic Tile Art, Blue Bird in petal 35"x35" with confidence. You can read real customer reviews for this or any other product and even ask questions and get answers from us or straight from the

Read More ⌄

Browse over 25 million home design photos on Houzz

 Be the first to know about price drops, new styles, and exclusive coupons — your home will thank you.

Email | Submit

Terms of Use | Privacy Policy