# houzz

All Products  >  Bath  >  Tile  >  Tile Murals



## Moroccan Floral Pattern Petal Mosaic Design, 24"x24"

**Visit Store**

**Product Specifications**

| | |
|---|---|
| Product ID | 105735368 |
| Sold By | Mozaico Inc |
| Size/Weight | W 24" / D 0.31" / H 24" / 14.29 lb. |
| Color | Multi-Color |
| Materials | Marble |
| Assembly Required | No |
| Category | Tile Murals |
| Style | Contemporary |

## Visually Similar Products
Page 1 of 5

    

| Geometric Mosaic Art - Abstract Flowers | Floral Geometry Marble Mosaic Art, 31"x31" | Mosaic Art - Blue & Green Geometric Design | Tile Mural Monogram pattern Kitchen Bathroom Backspla… | Geometric Tile - Lila |
|---|---|---|---|---|
| $378 | $731 | $884 | $57 | $884 |

## Related Products
Page 1 of 5

    

| Thassos & Gray Marble Waterjet Magnolia Flower… | White Carrara Venato Marble Flower Mosaic Border Tile… | Thassos White Marble 3x6 Subway Tile Polished, 100… | Thassos White Marble 3x6 Subway Tile Honed, 100 sq.ft. | Carrara M… Cambere… Arched M… |
|---|---|---|---|---|
| ★★★★★ (1) | ★★★★★ (2) | ★★★★½ (5) | ★★★★★ (1) | ★★★★½ |
| $57.14/sq ft. | $40 | $29.99/sq ft. | $29.99/sq ft. | $38.14/s… |

## 4 Stars and Higher

Page 1 of 3

    

**Alhambra Handmade Cement Tile, Blue/Green/Black,...**
★★★★½ (6)
$26.64/sq ft.

**Hocima Handmade Cement Tile, Black/White, Sample**
★★★★★ (1)
$19.73/sq ft.

**Revival Ceramic Floor and Wall Tile, Frame**
★★★★★ (13)
$157.87

**Arabescato Carrara 12x12 Honed Tile**
★★★★★ (1)
$174

**Revival M... Floor and... (3.24 sqft...**
★★★★½

SALE
$9.88/s...
$11.21/sq...

## Featured Products

Sponsored

Page 1 of 4

**BEST SELLER**

    

**Mosaic Tile Art, Autumn Garden, 24"x40"**
★★★★½ (9)
$897

**Mosaic Tile Art, Vermont Red, 63"x94"**
$3,504

**Mosaic Designs, Two Wood Stork, 35"x53"**
$1,336

**Gustav Klimt Gaze", Mosaic Reproduction, 46"x92"**
$3,084

**Two Birds... Mosaic A...**
$1,034

## Recently Viewed Products



Mosaic Designs, Birds And Florals, 35"x53"

**$1,336**



### Trending in Bath

Express your style with dreamy fixtures, vanities and more.

Shop Now →

---

## Customer Reviews

**Write a Review**

Did you purchase this product? Write a review to let us know what you think!

Earn up to 5%² back to spend on Houzz with the Houzz credit cards — **Learn More**

**This Product Has Been Described As:**

cheap mosaic tile ·craft mosaic tiles ·marble mosaic tile ·moroccan floral pattern petal mosaic design glass mosaic tile ·mosaic glass tile ·mosaic tile backsplash ·mosaic tile company ·mosaic tile patterns ·mosaic tile shop ·Mosaic Tile Supplies ·mosaic tiles ·mosaic tiles cheap ·stone mosaic tile

At Houzz we want you to shop for Moroccan Floral Pattern Petal Mosaic Design, 24"x24" with confidence. You can read real customer reviews for this or any other product and even ask questions and get answers from us or straight from the

Case 2:24-cv-00172-EWH-LRL   Document 1-14   Filed 03/15/24   Page 5 of 9 PageID# 150

Read More

Browse over 25 million home design photos on Houzz



Be the first to know about price drops, new styles, and exclusive coupons — your home will thank you.

Submit

Terms of Use | Privacy Policy

# houzz

All Products › Bath › Tile › Tile Murals



## Mosaic Pattern, Cacao Sienna, 36"x36"

**Visit Store**

### Product Specifications

| | |
|---|---|
| Product ID | 105472532 |
| Sold By | Mozaico Inc |
| Size/Weight | W 35" / D 0.31" / H 35" / 32.14 lb. |
| Color | Multi-Color |
| Materials | Marble |
| Assembly Required | No |
| Category | Tile Murals |
| Style | Contemporary |

## Visually Similar Products

Page 1 of 5







Geometric Floral Mosaic, Septima, 24"x24"
$477

Tile Mural Chinese Patterns red flowers Backsplash 6"...
$73

Botanical Mosaic Panel, Hadi Ii, 24"x24"
$477

Mosaic Wallpaper, Abstract Circle Patterns, 24"x24"
$477

Colorful M Tile, 24"x
$477

## Related Products

Page 1 of 5






Carrara White Marble Plaid Tartan Mosaic Tile Green Thassos...
$37.50/sq ft.

Glazed Porcelain Mosaic Tile Sheet Barcelona 2"x6"...
★★★★★ (1)
$15.03/sq ft.

Carrara White Marble Plaid Tartan Mosaic Tile Green Jade...
$37.50/sq ft.

Glazed Porcelain Mosaic Sheet Sevilla 3.5"x0.5" Mini KitKat...
$19.93/sq ft.

Glazed Po Mosaic Ti Sevilla 3.5
$14.98/s

## Featured Products

Page 1 of 4

Sponsored


Mosaic Tile Art, Vermont Red, 63"x94"
$3,504


Floral Mosaic - Flower Pops
$775


The Geometric Floral Stone Art, 16"x20"
$332


Mosaic Designs, Flowery Fairy, 47"x89"
$2,504


Religious Josephine
$1,270

## Recently Viewed Products

Page 1 of 1


Mosaic Designs, Birds And Florals, 35"x53"
$1,336



**Trending in Bath**

Express your style with dreamy fixtures, vanities and more.

Shop Now →

## Customer Reviews

Write a Review

Did you purchase this product? Write a review to let us know what you think!



**This Product Has Been Described As:**

cheap mosaic tile ·craft mosaic tiles ·marble mosaic tile ·mosaic glass tile ·mosaic pattern - cacao siennaglass mosaic tile ·mosaic tile backsplash ·mosaic tile company ·mosaic tile patterns ·mosaic tile shop ·Mosaic Tile Supplies ·mosaic tiles ·mosaic tiles cheap ·stone mosaic tile

At Houzz we want you to shop for Mosaic Pattern, Cacao Sienna, 36"x36" with confidence. You can read real customer reviews for this or any other product and even ask questions and get answers from us or straight from the brand. When

Read More

Browse over 25 million home design photos on Houzz



Be the first to know about price drops, new styles, and exclusive coupons — your home will thank you.

Email    Submit

Terms of Use  |  Privacy Policy