Free Shipping Worldwide.   **Shop Now**

NEED HELP?

Welcome | Wishlist | Cart 0 | Login | Register | $ USD | English

# mozaico
living mosaics

Try Visual Search | Search entire store here...

**MOSAIC DESIGNS** | **COFFEE TABLES** | **CUSTOMIZE YOUR MOSAIC** | **DESIGNER PICKS**

HOME / PIETRA DURA MOSAIC WALLPAPER MODERN FLORAL PATTERN

Share | Share | | Save

## Pietra Dura Mosaic Wallpaper Modern Floral Pattern

☆☆☆☆☆ | Ask a question

SKU: MP024


Click to expand

Inquire about this product

4 interest-free installments, or from **$44.95**/mo with shop Pay
Check your purchasing power

**Select Size**
60cm x 60cm (24" x 24")

ASK ABOUT CUSTOM SIZE/COLOR

**Frame your Mosaic (Optional)**   ?   Clear

Silver | Dark Brown | Cherry Brown | Black | White

Price **$498.00**

Qty: − 1 +

Please note that our mosaics are made from natural stones which means that the colors might slightly vary from the images on the website.

**ADD TO CART**   ♥

Ask us about a price of a custom size/color.

Enter your name
Width | Height
IN
your@email.com
Phone
Write about size or color

**SEND**

Attributes
Made To Order
Description
Shipping & Returns
Installation
Certificate of Authenticity
See it On Your Wall

## Visually Similar

| Mosaic Artwork - Patterned Lips | Moroccan Floral Pattern Petal Mosaic Design | Floral Mosaic Black and White Wallpaper | Geometric Mosaic - Histo | Pattern Mosaic - Samara |
|---|---|---|---|---|
|  |  |  |  |  |
| 1931.00 $ | 4334.00 $ | 4334.00 $ | 4168.00 $ | 1603.00 $ |

Shop the look



SEE MORE >

## Customer Reviews

☆ ☆ ☆ ☆ ☆

Ask a Question    Write a Review

| Reviews 0 | Questions 0 |

★ ★ ★ ★ ★
Be the first to review this item

## Recently Viewed



**Bird Mosaic - Blue Hummingbird**
$502.00

**Avian Symphony: Mosaic Stone Art with Birds on Trees**
$1,095.00
★★★★★ 2 reviews



| Mozaico | Customer Service | Knowledge Base |
|---|---|---|
| About Us | Contact Us | History of Mosaics |
| What Our Customers Say About Us | Interior Design Service | How to Install Your Mosaic |
| Why Buy Mosaics From Us | Frequently Asked Questions | Blog |
| Privacy Policy | Shipping and Taxes | Color Chart |
| Loyalty Program | Return & Warranty Policy | Get inspired |
| My Mosaic Finder | Gift Card | Commercial Projects |
| Join Our Community | Sitemap | Mosaic Kit |
|  |  | Sustainable Art |

163 Pier Court
Naperville, Illinois, 60565,
USA

630.608.4462

### Our Fans
### Connect with Us
### Subscribe to our Newsletter:

Subscribe

Copyright © 2024 Mozaico® | All rights reserved | Disclaimer.

